Case 08-20802    Doc 65    Filed 10/09/2009    Entered 10/09/2009 09:47:13    Page 1 of 13
Document    Page 1 of 13

FILED BY E-MAIL

United States Bankruptcy Appellate Panel
of the Tenth Circuit

Oct09 2009

**Barbara A. Schermerhorn**
**Clerk**

Mark E. Macy
Macy Law Office, P.C.
217 West 18th Street
Cheyenne, Wyoming 82001
Telephone: (307) 632 - 4100
Telefax:    (307) 632 – 8100
Wyoming Bar Number 5-2651
macylaw@wyoming.com

Attorney For The Creditor
Houston Merchant Energy Advisory Partners, LLC

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 19 2009

Stephan Harris, Clerk
Cheyenne

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| IN RE: | CASE NO. 08-20802 |
| | Chapter 15 |
| ROCK WELL PETROLEUM, INC., *et al* | (Jointly Administered) |
| | |
| Debtors. | **09 C V 239** |
| | |
| HOUSTON ENERGY MERCHANTS | |
| ADVISORY PARTNERS, | |
|          Appellant, | |
| v. | |
| ROCK WELL PETROLEUM, INC. et al, | |
|          Debtors. | |

---

## NOTICE OF APPEAL FILED BY
## HOUSTON MERCHANTS ENERGY ADVISORY PARTNERS, LLC

Houston Merchant Energy Advisory Partners LLC ("Respondent" of "creditor"), a Texas limited liability company, a creditor and party in interest in the above styled action, hereby files its Notice of Appeal under 28 U.S.C. § 158(a) or (b) from the *Order Granting Debtors; Motion To Dismiss Chapter 15 Cases* entered by the Honorable Peter J. McNiff in this proceeding on September 30, 2009.

1

The names of all parties to the order appealed from and the names, addresses, and
telephone numbers of their respective attorneys are listed on the Certificate of Service set forth
below which has been taken from the Pacer Party Listing in this case.

DATED: this 9th day of October, 2009.

> **HOUSTON MERCHANT**
> **ENERGY ADVISORY**
> **PARTNERS LLC HOUSTON,**
> **Creditor**

> BY:     /s/
> Mark E. Macy
> MACY LAW OFFICE, P.C.
> 217 W. 18th Street
> Cheyenne, WY 82001
> Telephone: (307) 632-4100
> Telefax:    (307) 632-8100

---

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing **HOUSTON MERCHANT
ENERGY ADVISORY PARTNERS LLC's NOTICE OF APPEAL** was served on this 9th
day of October 2009, by electronic transmission to all registered ECF users appearing in the case
and/or via United States Mail as set forth below.

> /s/
> Mark E. Macy

**Argo Partners**
12 W 37th St 9th Fl
New York, NY 10018
212-643-5444
*Added: 10/02/2009*
*(Creditor)*

**Monte Raymond Asay**
324 East Madison
P.O. Box 791
Powell, WY 82435-0791
SSN / ITIN: xxx-xx-9653
*Added: 07/02/2009*
*(Creditor)*
PRO SE

2

JNTADMN, DISMISSED, APPEAL

**U.S. Bankruptcy Court**
**District of Wyoming (Cheyenne)**
**Bankruptcy Petition #: 08-20802**
**Internal Use Only**

*Assigned to:* Peter J. McNiff
Chapter 15
Voluntary
Asset

*Date filed:*  12/16/2008
*Debtor dismissed:*  09/30/2009

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 19 2009

Stephan Harris, Clerk
Cheyenne

*Debtor disposition:*  Dismissed for Other Reason

| | |
|---|---|
| **Debtor** | represented by **Brent R. Cohen** |
| **Rock Well Petroleum, Inc.** | Rothgerber Johnson & Lyons |
| No. 2500, 639-5th Avenue SW | LLP |
| Calgary AB T2P 0M9 | 1200 17th Street, Suite 3000 |
| Canada | Denver, CO 80202 |
| | 303-628-9521 |
| | Fax : 303-623-9222 |
| | Email: |
| | bcohen@rothgerber.com |
| | |
| | **Chad S. Caby** |
| | Rothgerber Johnson & Lyons |
| | LLP |
| | 1200 17th Street, Suite 3000 |
| | Denver, CO 80202-5855 |
| | 303-628-9583 |
| | Fax : 303-623-9222 |
| | Email: ccaby@rothgerber.com |
| | |
| | **Ken T. Lenz** |
| | Bennett Jones, LLP |
| | 855-2nd St., Suite 4500 |
| | Calgary Alberta Canada |
| | |
| **Foreign Representative** | represented by **Lindquist & Vennum** |
| **Ernst & Young, Inc.** | **P.L.L.P.** |
| 1000, 440-2nd Avenue S.W. | 600 17th Street |
| Calgary | Suite 1800 S |
| Alberta, Canada T2P 5E9 | Denver, CO 80202-5441 |
| Canada | |
| | **Brent R. Cohen** |
| | (See above for address) |
| | *TERMINATED: 03/04/2009* |

**Chad S. Caby**
(See above for address)
*TERMINATED: 03/04/2009*

**Craig A. Christensen**
600 17th Street
Suite 1800
Denver, CO 80202-5402
303-573-5900
Fax : 303-573-1952
Email:
cchristensen@lindquist.com

**John C. Smiley**
Lindquist & Vennum P.L.L.P
600 17th Street
Suite 1800 South
Denver, CO 80202-5441
303-573-5900
Fax : 303-573-1956
Email: jsmiley@lindquist.com

*U.S. Trustee*                                    represented by **Michele R. Hankins**
**US Trustee**                                                   Assistant U.S. Trustee
308 West 21st Street, 2nd Floor                                  308 West 21st Street #203
Cheyenne, WY 82001                                               Cheyenne, WY 82001
307-772-2790                                                     307-772-2790
                                                                 Fax : 307-772-2795
                                                                 Email:
                                                                 Michele.R.Hankins@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 10/19/2009 | | Sent to District Court. Order Transferring Appeal to District Court hand carried to District Clerk. (related document(s): 520 Order Transferring Appeal to U.S. District Court). (scs) |
| 10/19/2009 | ❍520 | Order Transferring Appeal to U.S. District Court. (scs) |

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2009 OCT 19  AM II: 31

# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE TENTH CIRCUIT

_____

| | |
|---|---|
| IN RE ROCK WELL PETROLEUM, INC., <br><br> Debtor. | BAP No. WY-09-063 |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 19 2009

Stephan Harris, Clerk
Cheyenne

Bankr. No. 08-20802
Chapter 15

United States
Bankruptcy Appellate Panel
of the Tenth Circuit

A True Copy

Barbara Schermerhorn, Clerk

Attested by: 

HOUSTON MERCHANT ENERGY
ADVISORY PARTNERS, LLC,

Appellant,

v.

ARGO PARTNERS, MONTE
RAYMOND ASAY, ATLAS COPCO
CUSTOMER FINANCE USA, LLC,
AUTOMATION & ELECTRONICS,
INC., CATERPILLAR FINANCIAL
SERVICES CORP., DART ENERGY
CORPORATION, DEPARTMENT OF
THE INTERIOR, BOB FERRI, FIRST
FEDERAL SAVINGS BANK, FIRST
INTERSTATE BANK OF SHERIDAN,
FORMER EMPLOYEES OF
ROCKWELL PETROLEUM (U.S.) INC.,
GASES PLUS NORCO, GERONIMO
HOLDING COMPANY, GRUBB &
ELLIS, HUB INTERNATIONAL
LIMITED, JOHN HOAK, TOM
JOHANNESMEYER, MEDIA
SOLUTIONS INTERNATIONAL, NE
WYOMING SOIL TREATMENT,
LARRY ORRELL, POWDER RIVER

ORDER TRANSFERRING
APPEAL
TO U.S. DISTRICT COURT

October 15, 2009

ENERGY CORPORATION, PREMIUM
FINANCIAL SPECIALISTS, INC., R&S
WELL SERVICE, INC., RITCHIE
BROS. AUCTIONEERS, ROCK WELL
PETROLEUM, INC., THOMAS M.
ROSE, SANDVIK CUSTOMER
FINANCE, LLC, SCHLUMBERGER
TECHNOLOGY CORPORATION,
SHERIDAN COUNTY YMCA, JOHN
M. SHUEY, STATE OF LOUISIANA,
MINDY SYSTMA, and R XOG
OPERATING, LLC,

        Appellees.

Rock Well Petroleum, Inc., an appellee in this appeal, has timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED THAT:

(1)    This election is being granted pursuant to a supplemental transmission. 10th Cir. BAP L.R. 8007-1(b)(2). The election has not been filed in the BAP pursuant to 10th Cir. BAP L.R. 8001-1. Pending completion of the record, the case file is transmitted to the United States Bankruptcy Court. It is requested that the Bankruptcy Court acknowledge receipt of the case file listed above by returning one copy of this order, signed in the space indicated below.

(2)    This appeal is transferred to the United States District Court for the District of Wyoming.

(3)    Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

2



(4)  The caption above has been amended and is the corrected caption in

this appeal. Ernst & Young has been removed as an appellee.

For the Panel:
Barbara A. Schermerhorn, Clerk of Court

By:

*Carolyn Moore*

Carolyn Moore
Deputy Clerk

Please acknowledge receipt of the case file listed above.

Dated:  10/19/09

Signed:  _____

Bankruptcy Court Deputy Clerk

3

**General Docket**
**U.S. Bankruptcy Appellate Panel of the Tenth Circuit**

| | |
|---|---|
| **Bankruptcy Appellate Panel Docket #:** 09-63 | **Docketed:** |
| Houston Merchant Energy Adviso v. Argo Partners, et al | 10/09/2009 |
| **Appeal From:** United States Bankruptcy Court for the District of Wyoming - | |
| Cheyenne | |
| **Fee Status:** Fee Paid | |

**Case Type Information:**
  **1)** Bankruptcy Appeal
  **2)** -
  **3)** Final Order

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

**Originating Court Information:**
  **District:** 1089-2 : 08-20802
  **Trial Judge:** Peter J. McNiff, U.S. Bankruptcy Judge
  **Date Filed:** 12/16/2008

OCT 19 2009

Stephan Harris, Clerk
Cheyenne

| **Date Order/Judgment:** | **Date NOA Filed:** | **Date Rec'd BAP:** |
|---|---|---|
| 09/30/2009 | 10/09/2009 | 10/09/2009 |

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**    Not available

---

| | |
|---|---|
| In re: ROCK WELL PETROLEUM, INC.<br>      Debtor | Chad S. Caby<br>Direct: 303-628-9583<br>Fax: 303-623-9222<br>[COR LD NTC Retained]<br>Rothgerber Johnson & Lyons LLP<br>1200 17th St., Ste. 3000<br>Denver, CO 80202-5855<br><br>Brent R. Cohen, Esq.<br>Direct: 303-628-9521<br>Fax: 303-623-9222<br>[COR LD NTC Retained]<br>Rothgerber Johnson & Lyons LLP<br>1200 17th St., Ste. 3000<br>Denver, CO 80202<br><br>Ken T. Lenz<br>[COR LD NTC Retained]<br>Bennett Jones, LLP<br>855-2nd St., Ste. 4500<br>Calgary Alberta Canada, |

Ernst & Young, Inc.
Ernst & Young, Inc.
1000 440-2nd Ave. SW
Calgary, Alberta, T2P 5E9
Canada

Lindquist & Vennum
Lindquist & Vennum
Firm: 303-573-5900
600 17th St., Ste. 1800 S
Denver, CO 80202-0000

---------------------------

HOUSTON MERCHANT ENERGY          Mark E. Macy
ADVISORY PARTNERS, LLC           Fax: 307 632-8100
    Non-Adversary Appellant - Appellant  [COR LD NTC Retained]
                                 Macy Law Office, P.C.
                                 Firm: 307-632-4100
                                 217 W. 18th St.
                                 Cheyenne, WY 82001-0000

v.

ARGO PARTNERS                    Argo Partners
    Non-Adversary Appellee - Appellee  [LD NTC]
                                 Firm: 212-643-5444
                                 12 W. 37th St., 9th Fl.
                                 New York, NY 10018

MONTE RAYMOND ASAY               Monte Raymond Asay
    Non-Adversary Appellee - Appellee  [NTC]
                                 P.O. Box 791
                                 Powell, WY 82435-0791

ATLAS COPCO CUSTOMER FINANCE USA,  Gregory C. Dyekman
LLC                              Direct: 307-634-8891
    Non-Adversary Appellee - Appellee  Fax: 307-634-8902
                                 [COR LD NTC Retained]
                                 Dray, Thompson & Dyekman
                                 204 E. 22nd St.
                                 Cheyenne, WY 82001-0000

AUTOMATION & ELECTRONICS, INC.   Stephen R. Winship, Esq., Attorney
    Non-Adversary Appellee - Appellee  Direct: 307-234-8991
                                 Email: steve@winshipandwinship.com
                                 Fax: 307-234-1116
                                 [COR LD NTC Retained]
                                 Winship & Winship, P.C.
                                 Firm: 307-234-8991
                                 100 N. Center, Sixth Fl.

|                                                                              | P.O. Box 548<br>Casper, WY 82602 |
|---|---|
| CATERPILLAR FINANCIAL SERVICES<br>CORPORATION<br>Non-Adversary Appellee - Appellee | Eli O. Columbus<br>Direct: 214-745-5400<br>Fax: 214-745-5390<br>[COR LD NTC Retained]<br>Winstead PC<br>1201 Elm St., Ste. 5400<br>Dallas, TX 75270 |
|                                                                              | John C. Patton, Esq.<br>[COR LD NTC Retained]<br>Patton & Davidson<br>Firm: 307-635-4111<br>P.O. Box 945<br>Cheyenne, WY 82003-0000 |
| DART ENERGY CORPORATION<br>Non-Adversary Appellee - Appellee | James A. Michel, Jr<br>Direct: 307-864-5596<br>[COR LD NTC Retained]<br>Messenger & Jurovich<br>P.O. Box 550<br>Thermopolis, WY 82443 |
| DEPARTMENT OF THE INTERIOR<br>Non-Adversary Appellee - Appellee | Seth B. Shapiro<br>Direct: 202-514-7164<br>Fax: 202-307-0494<br>[COR LD NTC Government]<br>U.S. Department of Justice<br>Civil Division<br>1100 L. St. N.W., Rm. 10020<br>Washington, DC 20005 |
|                                                                              | Carol A. Statkus, Assistant U.S. Attorney<br>Direct: 307-772-2124<br>Email: carol.statkus@usdoj.gov<br>[COR LD NTC Government]<br>United States Attorney<br>Firm: 307-772-2124<br>P.O. Box 668<br>Cheyenne, WY 82003-0668 |
| ERNST & YOUNG, INC.<br>**Terminated:** 10/14/2009<br>Non-Adversary Appellee - Appellee | |
| BOB FERRI<br>Non-Adversary Appellee - Appellee | Scott R. Bauer<br>[COR LD NTC Retained]<br>Moye White LLP<br>1400 16th St., 6th Fl.<br>Denver, CO 80202 |

James T. Burghardt
[COR LD NTC Retained]
Moye White LLP
1400 16th St., 6th Fl.
Denver, CO 80202

Eric B. Liebman
Direct: 303-292-2900
[COR LD NTC Retained]
Moye White LLP
1400 16th St., 6th Fl.
Denver, CO 80202

James R. Salisbury
Direct: 307-634-2002
Fax: 307-634-2234
[COR LD NTC Retained]
Riske, Salisbury & Kelly, P.C.
P.O. Box 1617
Cheyenne, WY 82003-1617

FIRST FEDERAL SAVINGS BANK
Non-Adversary Appellee - Appellee

Thomas Klepperich
Direct: 307-672-7444
Fax: 307-672-2230
[COR LD NTC Retained]
Lonabaugh and Riggs, LLP
P.O. Drawer 5059
Sheridan, WY 82801

FIRST INTERSTATE BANK OF SHERIDAN
Non-Adversary Appellee - Appellee

Lori A. McMullen
Direct: 307-672-7444
Fax: 307-672-2230
[COR LD NTC Retained]
Lonabaugh & Riggs, L.L.P.
P.O. Drawer 5059
Sheridan, WY 82801

FORMER EMPLOYEES OF ROCKWELL
PETROLEUM (U.S.) INC.
Non-Adversary Appellee - Appellee

Brooke M. Barney
Direct: 307-674-2185
Fax: 307-674-2184
[COR LD NTC Retained]
Attorneys at Law of Wyoming, P.C.
50 E. Loucks St., Ste. 214
Sheridan, WY 82801

GASES PLUS NORCO
Non-Adversary Appellee - Appellee

Stephen R. Winship, Esq., Attorney
Direct: 307-234-8991
[COR LD NTC Retained]
(see above)

GERONIMO HOLDING COMPANY
Non-Adversary Appellee - Appellee

Dale W. Cottam
Direct: 307-632-0541
Fax: 307-632-4999

|                                                               | [COR LD NTC Retained]<br>Hirst & Applegate, P.C.<br>Firm: 307-632-0541<br>1720 Carey Ave.<br>P.O. Box 1083<br>Cheyenne, WY 82003-1083 |
|---|---|
| GRUBB & ELLIS<br>Non-Adversary Appellee - Appellee | Grubb & Ellis<br>[NTC]<br>1621Central Ave.<br>Cheyenne, WY 82001 |
| HUB INTERNATIONAL LIMITED<br>Non-Adversary Appellee - Appellee | Jeremy M. Downs<br>Direct: 312-201-4000<br>[COR LD NTC Retained]<br>Goldberg Kohn Bell Black Rosenbloom &<br>Moritz, LTD<br>55 E. Monroe St., Ste. 3300<br>Chicago, IL 60603 |
|                                                               | Sarah J. Risken<br>Direct: 312-201-4000<br>[COR LD NTC Retained]<br>Goldberg Kohn Bell Black Rosenbloom &<br>Moritz, LTD<br>55 E. Monroe St., Ste. 3300<br>Chicago, IL 60603 |
| JOHN HOAK<br>Non-Adversary Appellee - Appellee | Scott R. Bauer<br>[COR LD NTC Retained]<br>(see above) |
|                                                               | James T. Burghardt<br>[COR LD NTC Retained]<br>(see above) |
|                                                               | Eric B. Liebman<br>Direct: 303-292-2900<br>[COR LD NTC Retained]<br>(see above) |
|                                                               | James R. Salisbury<br>Direct: 307-634-2002<br>[COR LD NTC Retained]<br>(see above) |
| TOM JOHANNESMEYER<br>Non-Adversary Appellee - Appellee | Tom Johannesmeyer<br>8 Gosling Dr.<br>Sheridan, WY 82801-8612 |
| MEDIA SOLUTIONS INTERNATIONAL<br>Non-Adversary Appellee - Appellee | Media Solutions International<br>[NTC]<br>22A Morse Dr. |

Essex Junction, VT 05452

NE WYOMING SOIL TREATMENT
    Non-Adversary Appellee - Appellee

William D. Bagley
[COR LD NTC Retained]
Firm: 307-635-2195
1107 W. 6th Ave.
Cheyenne, WY 82001-0000

LARRY ORRELL
    Non-Adversary Appellee - Appellee

Larry Orrell
[NTC]
P.O. Box 285
Ranchester, WY 82839-0285

POWDER RIVER ENERGY CORPORATION
    Non-Adversary Appellee - Appellee

James R. Belcher
Direct: 307-426-4100
Fax: 307-426-4099
[COR LD NTC Retained]
Schultz & Belcher LLP
7000 Yellowtail Rd., Ste. 220
Cheyenne, WY 82009

PREMIUM FINANCIAL SPECIALISTS, INC.
    Non-Adversary Appellee - Appellee

John H. Bernstein
Direct: 303-297-2400
Fax: 303-292-7799
[COR LD NTC Retained]
Kutak Rock LLP
1801 California St., Ste. 3100
Denver, CO 80202

John J. Jolley, Jr
Direct: 402-691-2120
Fax: 402-691-2122
[COR LD NTC Retained]
Fidelity National Title Insurance Co.
11602 W. Center Rd., Ste. 300
Omaha, NE 68144

Michael J. McGrady
Direct: 307-632-0554
Fax: 307-635-4502
[COR LD NTC Retained]
Lathrop & Rutledge P.C.
P.O. Box 4068
Cheyenne, WY 82003-4068

J. Kent Rutledge
Direct: 307-632-0554
Fax: 307-635-4502
[COR LD NTC Retained]
Lathrop & Rutledge P.C.
P.O. Box 4068
Cheyenne, WY 82003-4068

| R&S WELL SERVICE, INC.<br>Non-Adversary Appellee - Appellee | James A. Michel, Jr<br>Direct: 307-864-5596<br>[COR LD NTC Retained]<br>(see above) |
| --- | --- |
| RITCHIE BROS. AUCTIONEERS<br>Non-Adversary Appellee - Appellee | John A. Coppede<br>Direct: 307-634-1525<br>Fax: 307-638-7335<br>[COR LD NTC Retained]<br>Hickey & Evans, LLP<br>1800 Carey Ave., Ste. 700<br>P.O. Box 467<br>Cheyenne, WY 82003 |
| | Howard V. Scotland, III<br>Direct: 307-634-1525<br>[COR LD NTC Retained]<br>Hickey & Evans, LLP<br>1800 Carey Ave., Ste. 700<br>P.O. Box 467<br>Cheyenne, WY 82003 |
| ROCK WELL PETROLEUM, INC.<br>Non-Adversary Appellee - Appellee | Chad S. Caby<br>Direct: 303-628-9583<br>[COR LD NTC Retained]<br>(see above) |
| | Brent R. Cohen, Esq.<br>Direct: 303-628-9521<br>[COR LD NTC Retained]<br>(see above) |
| | Ken T. Lenz<br>[LD NTC Retained]<br>(see above) |
| | Ernst & Young, Inc.<br>(see above) |
| | Lindquist & Vennum<br>(see above) |
| THOMAS M. ROSE<br>Non-Adversary Appellee - Appellee | Thomas M. Rose<br>[NTC]<br>Troutman Sanders LLP<br>222 Central Park Ave., Ste. 2000<br>Virginia Beach, VA 23462 |
| SANDVIK CUSTOMER FINANCE, LLC<br>Non-Adversary Appellee - Appellee | Sharon M. Lewonski<br>Direct: 404-923-9053<br>Fax: 404-923-9953<br>[COR LD NTC Retained] |

|  | Epstein Becker & Green, P.C.<br>945 E. Paces Ferry Rd., Ste. 2700<br>Atlanta, GA 30326 |
|---|---|
|  | Lawrence J. Wolfe<br>[COR LD NTC Retained]<br>Holland & Hart<br>Firm: 307-778-4200<br>2515 Warren Ave., Ste. 450<br>Cheyenne, WY 82001-1347 |
| SCHLUMBERGER TECHNOLOGY<br>CORPORATION<br>   Non-Adversary Appellee - Appellee | Scott P. Klosterman<br>[COR LD NTC Retained]<br>Williams, Porter, Day & Neville, PC<br>Firm: 307-265-0700<br>159 N. Wolcott, Ste. 400<br>Casper, WY 82602-0000 |
| SHERIDAN COUNTY YMCA<br>   Non-Adversary Appellee - Appellee | Dennis M. Kirven<br>Direct: 307-684-2248<br>[COR LD NTC Retained]<br>P.O. Box 640<br>Buffalo, WY 82834 |
| JOHN M. SHUEY<br>   Non-Adversary Appellee - Appellee | John M. Shuey<br>Direct: 318-221-8671<br>[NTC]<br>401 Edwards St., Ste. 1300<br>Shreveport, LA 71101 |
| STATE OF LOUISIANA - DEPARTMENT OF<br>NATURAL RESOURCES<br>   Non-Adversary Appellee - Appellee | Daniel D. Henry<br>[COR LD NTC Government]<br>Louisiana Department of Justice<br>Civil Division/Lands & Natural Resources<br>P.O. Box 94005<br>Baton Rouge, LA 70804-9005 |
|  | Jackson D. Logan<br>[COR LD NTC Government]<br>Louisiana Department of Justice<br>Civil Division/Lands & Natural Resources<br>P.O. Box 94005<br>Baton Rouge, LA 70804-9005 |
|  | Ryan Seidemann<br>Direct: 225-326-6085<br>[COR LD NTC Government]<br>Louisiana Department of Justice<br>1885 N. Third St.<br>Baton Rouge, LA 70802 |
| MINDY SYSTMA<br>   Non-Adversary Appellee - Appellee | Mindy Systma<br>[NTC] |

409 Shadow Ridge Blvd.
Sheridan, WY 82801-9350

R XOG OPERATING, LLC
    Non-Adversary Appellee - Appellee

Dale W. Cottam
Direct: 307-632-0541
[COR LD NTC]
(see above)

---

IN RE ROCK WELL PETROLEUM, INC.,

    Debtor.

BAP No. WY-09-063

---

HOUSTON MERCHANT ENERGY
ADVISORY PARTNERS, LLC,

    Appellant,

    v.

ARGO PARTNERS, MONTE RAYMOND
ASAY, ATLAS COPCO CUSTOMER
FINANCE USA, LLC, AUTOMATION &
ELECTRONICS, INC., CATERPILLAR
FINANCIAL SERVICES CORP., DART
ENERGY CORPORATION, DEPARTMENT
OF THE INTERIOR, BOB FERRI, FIRST
FEDERAL SAVINGS BANK, FIRST
INTERSTATE BANK OF SHERIDAN,
FORMER EMPLOYEES OF ROCKWELL
PETROLEUM (U.S.) INC., GASES PLUS
NORCO, GERONIMO HOLDING COMPANY,
GRUBB & ELLIS, HUB INTERNATIONAL
LIMITED, JOHN HOAK, TOM
JOHANNESMEYER, MEDIA SOLUTIONS
INTERNATIONAL, NE WYOMING SOIL
TREATMENT, LARRY ORRELL, POWDER
RIVER ENERGY CORPORATION, PREMIUM
FINANCIAL SPECIALISTS, INC., R&S WELL
SERVICE, INC., RITCHIE BROS.
AUCTIONEERS, ROCK WELL PETROLEUM,
INC., THOMAS M. ROSE, SANDVIK
CUSTOMER FINANCE, LLC,
SCHLUMBERGER TECHNOLOGY
CORPORATION, SHERIDAN COUNTY
YMCA, JOHN M. SHUEY, STATE OF
LOUISIANA, MINDY SYSTMA, and R XOG
OPERATING, LLC,

Bankr. No. 08-20802

Appellees.

| 10/09/2009 | □ ▤ <br> 70 pg, 331.04 KB | [64017] APPEAL: Bankruptcy appeal filed. Appeal filed in the Bankruptcy Court on 10/09/2009. Notification of appeal transmitted from the Bankruptcy Court by e-mail. Record transmission received/downloaded from the bankruptcy court. [Entry date: 10/13/2009]. |
|---|---|---|
| 10/13/2009 | □ ▤ <br> 10 pg, 98.53 KB | [64022] NOTICE: Notice that appeal has been docketed with appeal caption. Statement of Interested Parties, copy of Designation of Record, and Statement of Issues due 10/23/2009 for Appellant Houston Merchant Energy Advisory Partners, LLC. Appellant's brief due 11/27/2009 for Appellant Houston Merchant Energy Advisory Partners, LLC. Mediation Interest Form requested by 10/23/2009 for Appellees Argo Partners, Monte Raymond Asay, Atlas Copco Customer Finance USA, LLC, Automation & Electronics, Inc., Caterpillar Financial Services Corporation, Dart Energy Corporation, Department of the Interior, Ernst & Young, Inc., Bob Ferri, First Federal Savings Bank, First Interstate Bank of Sheridan, Former Employees of Rockwell Petroleum (U.S.) Inc., Gases Plus Norco, Geronimo Holding Company, Grubb & Ellis, HUB International Limited, John Hoak, Houston Merchant Energy Advisory Partners, LLC, Tom Johannesmeyer, Media Solutions International, NE Wyoming Soil Treatment, Larry Orrell, Powder River Energy Corporation, Premium Financial Specialists, Inc., R&S Well Service, Inc., Ritchie Bros. Auctioneers, Rock Well Petroleum, Inc., Thomas M. Rose, Sandvik Customer Finance, LLC, Schlumberger Technology Corporation, Sheridan County YMCA, John M. Shuey, State of Louisiana - Department of Natural Resources, Mindy Systma and r XOG Operating, LLC. All parties and the bankruptcy court served 10/13/2009. Entry Date: 10/13/2009.--[Edited 10/14/2009 by CM to attach corrected case caption.] |
| 10/14/2009 | □ ▤ <br> 76 pg, 333.12 KB | [64032] TRANSMISSION: Supplemental transmission from Bankruptcy Court filed: Notice of Election to Have Appeal Heard by District Court Instead of Bankruptcy Appellate Court filed by Rock Well Petroleum, Inc.- -[Edited 10/16/2009 by CM to add filing party and attach complete filed stamed WY Bankruptcy Court docket.] |
| 10/15/2009 | □ ▤ <br> 3 pg, 21.74 KB | [64038] ORDER: Clerk's Order filed GRANTING election to have appeal heard by District Court. All parties served. Entry Date: 10/15/2009. |

Select All    Clear All

⦿ **Documents and Docket Report**
○ **Documents and Docket Summary**
○ **Documents Only**

□ **Include page numbers**

**Selected Pages:** 0          **Selected Size:** 0 KB

View Selected

United States Bankruptcy Appellate Panel
of the Tenth Circuit

October 9, 2009

Barbara A. Schermerhorn
    Clerk

FILED

10:52 am, 9/30/09

Tim J. Ellis
Clerk of Court

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 19 2009

Stephan Harris, Clerk
Cheyenne

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF WYOMING

|  |  |
|---|---|
| In re: | ) |
| | )   **Case No. 08-20802** |
| **ROCK WELL PETROLEUM, INC.,** | )   **Chapter 15** |
| **et al.,** | ) |
| | )   **(Jointly Administered)** |
| **Debtors.** | ) |

## ORDER GRANTING DEBTORS' MOTION TO DISMISS CHAPTER 15 CASES

THIS MATTER comes before the Court on the Debtors' Motion to Dismiss Chapter 15 Cases (the "Motion") filed by Rock Well Petroleum, Inc. ("Rock Well Canada"), Rock Well Petroleum (U.S.) Inc., Greybull Petroleum, LLC, Poison Spider Petroleum, LLC, Osage Petroleum, LLC, RWP International and Structured Projects, LLC, and Jones Draw Petroleum, LLC, (the "Debtors"), Debtors herein and in the proceeding pending in the Court of Queen's Bench of Alberta, Canada (the "Canadian Proceeding" or the "Canadian Court") under the Companies' Creditors Arrangement Act (the "CCAA"); the Court having reviewed the Motion and the objections thereto and having heard live testimony from witnesses and the legal arguments made by counsel at the evidentiary hearing convened on September 29, 2009; hereby

FINDS that the Motion requests the Court dismiss the Debtors' Chapter 15 cases based on the approval of a Plan of Arrangement[1] dated August 19, 2009 (the "Plan of Arrangement") filed in the Canadian Proceeding in which Rock Well Canada or the U.S. Debtor subsidiaries will pay United States unsecured creditors, as more fully set forth in the Motion and the Plan of Arrangement; the Court further

---

[1] Capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

{00726135 / 1}

FINDS that four objections to the Motion were initially filed by creditors of the Debtors;
the Court further

FINDS that the objections filed by Automation & Electronics, Inc. and Sheridan County
Young Men's Christian Association were resolved and withdrawn prior to the evidentiary
hearing on the Motion; the Court further

FINDS that the limited objection to the Motion filed by Powder River Energy Corp. was
withdrawn in open Court at the evidentiary hearing; the Court further

FINDS that based on the evidence presented at the evidentiary hearing, the objection filed
by Houston Merchant Energy Advisory Partners, LLC is denied and overruled.  Based on the
foregoing, the Court

ORDERS that the Debtors' Motion to Dismiss Chapter 15 Cases is hereby GRANTED; it
is further

ORDERED that the above-captioned bankruptcy cases are hereby dismissed; it is further

ORDERED that the time for Automation & Electronics, Inc. to file its lien statement
under W.S. § 29-3-106 as to the interests referred to its Notice of Perfection of Lien filed
pursuant to 11 U.S.C. § 546(b) on February 13, 2009, has been tolled by the filing of this case.
Pursuant to 11 U.S.C. § 108(c)(2) Automation & Electronics, Inc. shall have 30 days from the
date of the entry of this order to file its lien statement; it is further

{00726135 / 1}

26

ORDERED that the Clerk of the Bankruptcy Court is directed to close the above-

captioned Chapter 15 cases.

DATED this $\mathcal{3}\mathcal{0}$ day of September, 2009.

BY THE COURT

THE HONORABLE PETER J. MCNIFF
United States Bankruptcy Judge

{00726135 / 1}

FILED BY E-MAIL
United States Bankruptcy Appellate Panel
of the Tenth Circuit

Oct14 2009

**Barbara A. Schermerhorn
Clerk**

Brent R. Cohen, Wyo. Reg. No. 5-2008
Chad S. Caby, *Admitted Pro Hac Vice*
ROTHGERBER JOHNSON & LYONS LLP
1200 17th Street, Suite 3000
Denver, CO 80202-5855
Telephone: 303.623.9000
Facsimile: 303.623.9222
bcohen@rothgerber.com
ccaby@rothgerber.com

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 19 2009

Stephan Harris, Clerk
Cheyenne

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Case No. 08-20802** |
| **ROCK WELL PETROLEUM INC.,** | ) | **Chapter 15** |
| **et al.,** | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

## NOTICE OF ELECTION TO HAVE APPEAL HEARD BY
## DISTRICT COURT INSTEAD OF BANKRUPTCY APPELLATE PANEL

On October 9, 2009, Houston Merchant Energy Partners, LLC filed a Notice of Appeal in the above-captioned jointly administered bankruptcy cases (Docket No. 515) (the "Notice of Appeal"). The Notice of Appeal requests review of an Order of the Honorable Peter J. McNiff entered in the above referenced cases on September 30, 2009 (Docket No. 505). Pursuant to FED. R. BANKR. P. 8001(e) and 28 U.S.C. § 158(c)(1)(B), the Debtors in the above-captioned jointly administered Chapter 15 cases hereby elect to have this appeal heard by the U.S. District Court for the District of Wyoming instead of the Bankruptcy Appellate Panel.

{00730554 / 1}

Dated:  October 12, 2009.                    **Respectfully submitted,**

Rock Well Petroleum Inc., Rock Well Petroleum
(U.S.) Inc., Greybull Petroleum, LLC, Poison
Spider Petroleum, LLC, Osage Petroleum, LLC,
RWP International and Structured Projects, LLC,
and Jones Draw Petroleum, LLC

By: */s/ Chad S. Caby*
Brent R. Cohen, Wyo. Reg. No. 5-2008
Chad S. Caby, *Admitted Pro Hac Vice*
ROTHGERBER JOHNSON & LYONS LLP
1200 17th Street, Suite 3000
Denver, CO 80202-5855
Telephone: 303.623.9000
Facsimile: 303.623.9222
bcohen@rothgerber.com
ccaby@rothgerber.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2009, a true and correct copy of the
foregoing **NOTICE OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT
INSTEAD OF BANKRUPTCY APPELLATE PANEL** was mailed, by depositing same in the
United States mail, first-class postage prepaid, addressed to the following:

Mark E. Macy
Macy Law Office, P.C.
217 West 18th Street
Cheyenne, WY 82001

Houston Merchant Energy Advisory Partners, LLC
c/o Van Levy
1001 Fannin, Suite 270
Houston, TX 77002

*/s/ Kimberly Means*

{00730554 / 1}                    - 2 -

93

## UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE TENTH CIRCUIT

Barbara A. Schermerhorn
Clerk of Court

Stephanie Freeman
Panel Attorney

Kathryn Plonsky
Panel Attorney

OFFICE OF THE CLERK
BYRON WHITE UNITED STATES
COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257
(303) 335-2900
FAX: (303) 335-2999
www.bap10.uscourts.gov

Laura Guice
Attorney Deputy Clerk

Carolyn Moore
Deputy Clerk

October 13, 2009

TO:        All Parties
RE:        Houston Merchant Energy Advisory Partners, LLC v. Argo Partners, et al.
BAP No.:   WY-09-063
Bk. No.:   08-20802

**Notice**: This appeal was entered on the docket on October 9, 2009 by the Bankruptcy Appellate Panel ("BAP") and assigned the above BAP number. Provided no timely election is filed, this appeal will proceed before the BAP. A copy of the appeal caption is attached for your review.

### Scheduling Information:

o  **Within 10 days after the date of this letter,** all parties, other than governmental parties, must file a statement disclosing any interested party who is not listed in the notice of appeal. 10th Cir. BAP L.R. 8018-3.

o  **Within 10 days after the date of this letter,** a party who files a designation of record and statement of issues with the bankruptcy court under Fed. R. Bankr. P. 8006 must file a copy with this Court. 10th Cir. BAP L.R. 8006-1(b)

o  **Within 45 days after the date of this letter,** the Appellant's opening brief and appendix must be filed. The Appellee's opening brief is due 15 days after the Appellant's brief is served, and the Appellant's reply brief is due 10 days after the Appellee's brief is served. Fed. R. Bankr. P. 8009 to 8010 and 10th Cir. BAP L.R. 8009-1 to 8010-1. A checklist regarding briefs and appendices is attached for your convenience.

o  **Please note**: All papers presented for filing shall contain proof of service. Fed. R. Bankr. P. 8008(d). All items are filed on the date *received by the BAP*, except briefs and appendices to briefs, which are deemed filed on the date mailed. Fed. R. Bankr. P. 8008(a). Any motion that does not contain a statement regarding opposition may be denied. 10th Cir. BAP L.R. 8011-1(a).

Appeals before the BAP are governed by Part VIII of the Federal Rules of Bankruptcy Procedure, the BAP's local rules, and the Interim ECF Filing Procedures. The rules, Interim ECF Filing Procedures, "Guide to BAP Appeals," and samples of papers filed in a typical BAP appeal are available on the BAP's website, www.bap10.uscourts.gov, or upon request from the BAP Clerk's Office. Please contact the BAP Clerk's Office with any questions.

cc:   Tim Ellis, Clerk of Court

2

83

## UNITED STATES BANKRUPTCY APPELLATE PANEL

### OF THE TENTH CIRCUIT

IN RE ROCK WELL PETROLEUM, INC.,

Debtor.

BAP No. WY-09-063

Bankr. No. 08-20802
Chapter 15

HOUSTON MERCHANT ENERGY
ADVISORY PARTNERS, LLC,

Appellant,

v.

ARGO PARTNERS, MONTE
RAYMOND ASAY, ATLAS COPCO
CUSTOMER FINANCE USA, LLC,
AUTOMATION & ELECTRONICS,
INC., CATERPILLAR FINANCIAL
SERVICES CORPORATION, DART
ENERGY CORPORATION,
DEPARTMENT OF THE INTERIOR,
ERNST & YOUNG, INC., BOB FERRI,
FIRST FEDERAL SAVINGS BANK,
FIRST INTERSTATE BANK OF
SHERIDAN, FORMER EMPLOYEES
OF ROCKWELL PETROLEUM (U.S.)
INC., GASES PLUS NORCO,
GERONIMO HOLDING COMPANY,
GRUBB & ELLIS, HUB
INTERNATIONAL LIMITED, JOHN
HOAK, TOM JOHANNESMEYER,
MEDIA SOLUTIONS
INTERNATIONAL, NE WYOMING

SOIL TREATMENT, LARRY ORRELL, POWDER RIVER ENERGY CORPORATION, PREMIUM FINANCIAL SPECIALISTS, INC., R&S WELL SERVICE, INC., RITCHIE BROS. AUCTIONEERS, ROCK WELL PETROLEUM, INC., THOMAS M. ROSE, SANDVIK CUSTOMER FINANCE, LLC, SCHLUMBERGER TECHNOLOGY CORPORATION, SHERIDAN COUNTY YMCA, JOHN M. SHUEY, STATE OF LOUISIANA – DEPARTMENT OF NATURAL RESOURSES, MINDY SYSTMA, and R XOG OPERATING, LLC,

     Appellees.

2

# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE ROCK WELL PETROLEUM, INC., <br><br> Debtor. | BAP No.    WY-09-063 |
| HOUSTON MERCHANT ENERGY ADVISORY PARTNERS, LLC, <br><br> Appellant, <br><br> v. <br><br> ARGO PARTNERS, MONTE RAYMOND ASAY, ATLAS COPCO CUSTOMER FINANCE USA, LLC, AUTOMATION & ELECTRONICS, INC., CATERPILLAR FINANCIAL SERVICES CORPORATION, DART ENERGY CORPORATION, DEPARTMENT OF THE INTERIOR, ERNST & YOUNG, INC., BOB FERRI, FIRST FEDERAL SAVINGS BANK, FIRST INTERSTATE BANK OF SHERIDAN, FORMER EMPLOYEES OF ROCKWELL PETROLEUM (U.S.) INC., GASES PLUS NORCO, GERONIMO HOLDING COMPANY, GRUBB & ELLIS, HUB INTERNATIONAL LIMITED, JOHN HOAK, TOM JOHANNESMEYER, MEDIA SOLUTIONS INTERNATIONAL, NE WYOMING SOIL TREATMENT, LARRY ORRELL, POWDER RIVER ENERGY CORPORATION, PREMIUM FINANCIAL SPECIALISTS, INC., R&S WELL SERVICE, INC., RITCHIE BROS. AUCTIONEERS, ROCK WELL PETROLEUM, INC., THOMAS M. ROSE, SANDVIK CUSTOMER FINANCE, LLC, SCHLUMBERGER TECHNOLOGY CORPORATION, SHERIDAN COUNTY YMCA, JOHN M. SHUEY, STATE OF LOUISIANA – DEPARTMENT OF NATURAL | Bankr. No.    08-20802 <br> Chapter    11 |

RESOURSES, MINDY SYSTMA, and
R XOG OPERATING, LLC,

      Appellees.

-2-

## UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE TENTH CIRCUIT

IN RE ROCK WELL PETROLEUM, INC.,

Debtor.

HOUSTON MERCHANT ENERGY ADVISORY PARTNERS, LLC,

Appellant,

v.

ARGO PARTNERS, MONTE RAYMOND ASAY, ATLAS COPCO CUSTOMER FINANCE USA, LLC, AUTOMATION & ELECTRONICS, INC., CATERPILLAR FINANCIAL SERVICES CORPORATION, DART ENERGY CORPORATION, DEPARTMENT OF THE INTERIOR, BOB FERRI, FIRST FEDERAL SAVINGS BANK, FIRST INTERSTATE BANK OF SHERIDAN, FORMER EMPLOYEES OF ROCKWELL PETROLEUM (U.S.) INC., GASES PLUS NORCO, GERONIMO HOLDING COMPANY, GRUBB & ELLIS, HUB INTERNATIONAL LIMITED, JOHN HOAK, TOM JOHANNESMEYER, MEDIA SOLUTIONS INTERNATIONAL, NE WYOMING SOIL TREATMENT, LARRY ORRELL, POWDER RIVER ENERGY CORPORATION, PREMIUM FINANCIAL SPECIALISTS, INC., R&S WELL SERVICE, INC., RITCHIE BROS. AUCTIONEERS, ROCK WELL PETROLEUM, INC., THOMAS M. ROSE, SANDVIK CUSTOMER FINANCE, LLC, SCHLUMBERGER TECHNOLOGY CORPORATION, SHERIDAN COUNTY YMCA, JOHN M. SHUEY, STATE OF LOUISIANA – DEPARTMENT OF NATURAL RESOURSES, MINDY SYSTMA, and

BAP No.    WY-09-063

Bankr. No.    08-20802
Chapter    15

R XOG OPERATING, LLC,

     Appellees.

-2-



## UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE TENTH CIRCUIT

Barbara A. Schermerhorn
Clerk of Court

Stephanie Freeman
Panel Attorney

Kathryn Plonsky
Panel Attorney

OFFICE OF THE CLERK
BYRON WHITE UNITED STATES
COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257
(303) 335-2900
FAX: (303) 335-2999
www.bap10.uscourts.gov

Laura Guice
Attorney Deputy Clerk

Carolyn Moore
Deputy Clerk

October 13, 2009

TO:      All Parties
RE:      Houston Merchant Energy Advisory Partners, LLC v. Argo Partners, et al.
BAP No.: WY-09-063
Bk. No.: 08-20802

**Mediation Interest**:  The Bankruptcy Appellate Panel of the Tenth Circuit (the "BAP") is conducting a one-year pilot program with the Tenth Circuit Court of Appeals Mediation Office.  Effective October 1, 2009, appeals will be evaluated by a panel of BAP Judges (the "Court") for referral to the Mediation Office.  The purpose of the referral is to explore possibilities for settlement and to resolve procedural issues.

It is requested that you complete and return this form to the BAP within ten (10) days.  The Court will consider the completed form, along with other factors, to determine whether to refer the appeal to mediation.  This form and your preferences will not be made public.  Service of this form is not required under Federal Rule of Bankruptcy Procedure 8009, unless you choose to do so.

The form may be electronically filed with the BAP using the "Mediation Interest Form" event only.  Use of this event ensures that the form will not be made public or served on other parties to the appeal via electronic Notice of Activity.  Failure to use this e-filing event will result in making your client(s)' preferences known to the public and other parties.

☐    My client(s) would prefer that this appeal be referred for mediation.

☐    My client(s) would prefer that this appeal not be referred for mediation because:

_____

Signature: _____    Date: _____

Name (type or print): _____

Party Represented: _____

( ) appellant        ( ) appellee

84

2

Document    Page 1 of 13

FILED BY E-MAIL

United States Bankruptcy Appellate Panel
of the Tenth Circuit

Oct09 2009

**Barbara A. Schermerhorn**
**Clerk**

Mark E. Macy
Macy Law Office, P.C.
217 West 18th Street
Cheyenne, Wyoming 82001
Telephone: (307) 632 - 4100
Telefax:   (307) 632 – 8100
Wyoming Bar Number 5-2651
macylaw@wyoming.com

Attorney For The Creditor
Houston Merchant Energy Advisory Partners, LLC

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 19 2009

Stephan Harris, Clerk
Cheyenne

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF WYOMING

IN RE:                                    )    CASE NO. 08-20802
                                          )    Chapter 15
ROCK WELL PETROLEUM, INC., *et al*        )    (Jointly Administered)
                                          )
                                          )
    Debtors.                              )
_____     )

HOUSTON ENERGY MERCHANTS                  )
ADVISORY PARTNERS,                        )
                            Appellant,    )
                                          )
v.                                        )
                                          )
ROCK WELL PETROLEUM, INC. et al,          )
                                          )
                        Debtors.          )

09CV 239J

---

## NOTICE OF APPEAL FILED BY
## HOUSTON MERCHANTS ENERGY ADVISORY PARTNERS, LLC

---

Houston Merchant Energy Advisory Partners LLC ("Respondent" of "creditor"), a Texas

limited liability company, a creditor and party in interest in the above styled action, hereby files

its Notice of Appeal under 28 U.S.C. § 158(a) or (b) from the *Order Granting Debtors; Motion*

*To Dismiss Chapter 15 Cases* entered by the Honorable Peter J. McNiff in this proceeding on

September 30, 2009.

1

The names of all parties to the order appealed from and the names, addresses, and

telephone numbers of their respective attorneys are listed on the Certificate of Service set forth

below which has been taken from the Pacer Party Listing in this case.

**DATED**: this 9th day of October, 2009.

> **HOUSTON MERCHANT
> ENERGY ADVISORY
> PARTNERS LLC HOUSTON,
> Creditor**

BY:    /s/

> Mark E. Macy
> MACY LAW OFFICE, P.C.
> 217 W. 18th Street
> Cheyenne, WY 82001
> Telephone: (307) 632-4100
> Telefax:    (307) 632-8100

| **CERTIFICATE OF SERVICE** |
| --- |

I certify that a true and correct copy of the forgoing **HOUSTON MERCHANT
ENERGY ADVISORY PARTNERS LLC's NOTICE OF APPEAL** was served on this 9th
day of October 2009, by electronic transmission to all registered ECF users appearing in the case
and/or via United States Mail as set forth below.

/s/

Mark E. Macy

**Argo Partners**
12 W 37th St 9th Fl
New York, NY 10018
212-643-5444
*Added: 10/02/2009*
*(Creditor)*

**Monte Raymond Asay**
324 East Madison
P.O. Box 791
Powell, WY 82435-0791
SSN / ITIN: xxx-xx-9653
*Added: 07/02/2009*
*(Creditor)*
PRO SE

2

13

**Atlas Copco Customer Finance USA, LLC**
c/o Dray, Thomson & Dyekman, PC
204 East 22nd Street
Cheyenne, WY 82001
307-634-8891
307-634-8902 (fax)
greg.dyekman@draylaw.com
*Added: 02/13/2009*
*(Creditor)*

represented
by

**Gregory C. Dyekman**
204 East 22nd Street
Cheyenne, WY 82001-3799
307-634-8891
307-634-8902 (fax)
greg.dyekman@draylaw.com
*Assigned: 02/13/09*

**Automation & Electronics, Inc.**
*Added: 04/30/2009*
*(Creditor)*

represented
by

**Stephen R. Winship**
Winship & Winship, PC
P. O. Box 548
Casper, WY 82602
307-234-8991
307-234-1116 (fax)
steve@winshipandwinship.com
*Assigned: 04/30/09*

**Caterpillar Financial Services Corporation**
*Added: 01/14/2009*
*(Creditor)*

represented
by

**Eli O. Columbus**
Winstead PC
1201 Elm Street, Suite 5400
Dallas, TX 75270
214-745-5400
214-745-5390 (fax)
ecolumbus@winstead.com
*Assigned: 01/16/09*
*LEAD ATTORNEY*

**John C. Patton**
PO Box 945
Cheyenne, WY 82003
307-635-4111
john@pattondavison.com
*Assigned: 01/14/09*

**Dart Energy Corporation**
600 Dart Road
PO Box 177
Mason, MI 48854-0177
*Added: 03/25/2009*
*(Creditor)*

represented
by

**James A. Michel, Jr.**
Messenger & Jurovich
PO Box 550
Thermopolis, WY 82443
307-864-5596
*Assigned: 03/25/09*
*LEAD ATTORNEY*

3

14

**Department of the Interior**
*Added: 09/11/2009*
*(Creditor)*

represented
by

**Seth B Shapiro**
U.S. Dept. of Justice
1100 L St., NW, Room 10012
Washington, DC 20005
202-514-7164
202-307-0494 (fax)
seth.shapiro@usdoj.gov
*Assigned: 09/15/09*

**Carol A. Statkus**
PO Box 668
Cheyenne, WY 82003-0668
307-772-2124
307-772-2123 (fax)
Carol.Statkus@usdoj.gov
*Assigned: 09/11/09*

**Ernst & Young, Inc.**
1000, 440-2nd Avenue S.W.
Calgary
Alberta, Canada T2P 5E9
Canada
*Added: 12/16/2008*
*(Foreign Representative)*

represented
by

**Craig A. Christensen**
600 17th Street
Suite 1800
Denver, CO 80202-5402
303-573-5900
303-573-1952 (fax)
cchristensen@lindquist.com
*Assigned: 06/15/09*

**Lindquist & Vennum P.L.L.P.**
600 17th Street
Suite 1800 S
Denver, CO 80202-5441
*Assigned: 09/21/09*

**John C. Smiley**
Lindquist & Vennum P.L.L.P
600 17th Street
Suite 1800 South
Denver, CO 80202-5441
303-573-5900
303-573-1956 (fax)
jsmiley@lindquist.com
*Assigned: 02/17/09*

4

15

**Bob Ferri**
*Added: 04/21/2009*
*(Interested Party)*

represented
by

**Scott R. Bauer**
Moye White LLP
1400 16th St., 6th Floor
Denver, CO 80202
*Assigned: 06/17/09*
*LEAD ATTORNEY*

**James T. Burghardt**
Moye White LLP
1400 16th St., 6th Floor
Denver, CO 80202
*Assigned: 06/17/09*
*LEAD ATTORNEY*

**Eric B Liebman**
Moye White LLP
1400 16th St., 6th Floor
Denver, CO 80202
303-292-2900
*Assigned: 05/21/09*

**James R. Salisbury**
Riske, Salisbury & Kelly, P.C.
1720 Carey Ave., Ste. 500
P.O. Box 1617
Cheyenne, WY 82003-1617
307-634-2002
(307) 634-2234 (fax)
jim@rskpc.com
*Assigned: 05/20/09*

**First Federal Savings Bank**
46 West Brundage
Sheridan, WY 82801
*Added: 01/14/2009*
*(Creditor)*

represented
by

**Thomas J. Klepperich**
Lonabaugh & Riggs
50 E. Loucks, Suite 110
Sheridan, WY 82801
307-672-7444
307-672-2230 (fax)
Tom@Lonabaugh.com
*Assigned: 02/02/09*

5

**First Interstate Bank of Sheridan**
P.O. Box 2007
Sheridan, WY 82801
*Added: 01/14/2009*
*(Creditor)*

represented
by

**Lori A. McMullen**
Lonabaugh & Riggs, LLP
PO Drawer 5059
Sheridan, WY 82801
(307) 672-7444
(307) 672-2230 (fax)
lori@lonabaugh.com
*Assigned: 01/14/09*

**Former Employees of Rockwell**
**Petroleum (U.S.) Inc.**
*Added: 09/01/2009*
*(Creditor)*

represented
by

**Brooke M. Barney**
Attorneys At Law of Wyoming, P.C.
50 East Loucks Street, Suite 214
Sheridan, WY 82801
307-674-2185
307-674-2184 (fax)
*Assigned: 09/01/09*
*LEAD ATTORNEY*

**Gases Plus Norco**
*Added: 04/24/2009*
*(Creditor)*

represented
by

**Stephen R. Winship**
Winship & Winship, PC
P. O. Box 548
Casper, WY 82602
307-234-8991
307-234-1116 (fax)
steve@winshipandwinship.com
*Assigned: 04/24/09*

**Geronimo Holding Company**
*Added: 02/27/2009*
*(Creditor)*

represented
by

**Dale W. Cottam**
Hirst & Applegate, P.C.
PO Box 1083
Cheyenne, WY 82003-1083
307-632-0541
307-632-4999 (fax)
dcottam@hirstapplegate.com
*Assigned: 02/27/09*

**Grubb & Ellis**
1621 Central Ave
Cheyenne, WY 82001
*Added: 09/14/2009*
*(Broker)*

6

17

**Grubb & Ellis**
1621 Central Ave
Cheyenne, WY 82001
*Added: 03/04/2009*
*(Realtor)*

**HUB International Limited**
*Added: 05/01/2009*
*(Attorney)*

represented
by

**Jeremy M. Downs**
Goldberg Kohn Bell Black
Rosenbloom & Moritz, LTD
55 East Monroe Street Suite 3300
Chicago, IL 60603
312-201-4000
jeremy.downs@goldbergkohn.com
*Assigned: 05/01/09*
*LEAD ATTORNEY*

**Sarah J. Risken**
Goldberg Kohn Bell Black
Rosenbloom & Moritz, LTD
55 East Monroe Street Suite 3300
Chicago, IL 60603
312-201-4000
sarah.risken@goldbergkohn.com
*Assigned: 05/01/09*
*LEAD ATTORNEY*

**John Hoak**
*Added: 04/21/2009*
*(Interested Party)*

represented
by

**Scott R. Bauer**
Moye White LLP
1400 16th St., 6th Floor
Denver, CO 80202
*Assigned: 06/17/09*
*LEAD ATTORNEY*

**James T. Burghardt**
Moye White LLP
1400 16th St., 6th Floor
Denver, CO 80202
*Assigned: 06/17/09*
*LEAD ATTORNEY*

**Eric B Liebman**
Moye White LLP
1400 16th St., 6th Floor
Denver, CO 80202
303-292-2900
*Assigned: 05/21/09*

7

18

**James R. Salisbury**
Riske, Salisbury & Kelly, P.C.
1720 Carey Ave., Ste. 500
P.O. Box 1617
Cheyenne, WY 82003-1617
307-634-2002
(307) 634-2234 (fax)
jim@rskpc.com
*Assigned: 05/20/09*

**Houston Merchant Energy Advisory**
**Partners LLC**
*Added: 09/16/2009*
*(Creditor)*

represented
by

**Mark E. Macy**
Macy Law Office, P.C.
217 West 18th Street
Cheyenne, WY 82001
307-632-4100
macylaw@wyoming.com
*Assigned: 09/16/09*

**William Vincent Walker**
1001 Fannin, Ste. 270
Houston, TX 77002
713-655-1100
713-527-9992 (fax)
*Assigned: 09/25/09*

**Tom Johannesmeyer**
*Added: 07/02/2009*
*(Creditor)*
PRO SE

represented
by

**Newton "Rusty" S. Ludwig**
Rasmussen & Ludwig
51 Coffeen Avenue Suite 201
Sheridan, WY 82801
307-674-2185
307-674-2184 (fax)
*Assigned: 07/02/09*
*TERMINATED: 07/07/09*
*LEAD ATTORNEY*

**Media Solutions International**
22A Morse Drive
Essex Junction, VT 05452
*Added: 05/21/2009*
*(Creditor)*

8

19

**NE Wyoming Soil Treatment**
*Added: 03/02/2009*
*(Creditor)*

represented by

**William D. Bagley**
1107 West Sixth Avenue
Cheyenne, WY 82001
307-634-0446
307-637-7445 (fax)
wdbagley@llc-reporter.com
*Assigned: 03/02/09*

**Larry Orrell**
PO Box 285
Ranchester, WY 82839-0285
*Added: 08/19/2009*
*(Consultant)*

**Powder River Energy Corporation**
221 Main Street
P.O. Box 930
Sundance, WY 82729
*Added: 01/26/2009*
*(Creditor)*

represented by

**James R. Belcher**
Schultz & Belcher LLP
7000 Yellowtail Rd., Suite 220
Cheyenne, WY 82009
307 426-4100
307 426-4099 (fax)
jim@sbwyolaw.com
*Assigned: 01/26/09*

**Premium Financial Specialists, Inc.**
Lathrop & Rutledge, P.C.
1920 Thomes Ave., Suite 500
P.O. Box 4068
Cheyenne, WY 82001
United States
307-632-0554
307-635-4502 (fax)
krutledge@lathropandrutledge.com
*Added: 01/29/2009*
*(Creditor)*

represented by

**John H. Bernstein**
Kutak Rock LLP
1801 California Street
Suite 3100
Denver, CO 80202
303-297-2400
303-292-7799 (fax)
john.bernstein@kutakrock.com
*Assigned: 01/30/09*

**John J. Jolley, Jr.**
Fidelity National Title Insurance Co.
11602 West Center Road, Suite 300
Omaha, NE 68144
402-691-2120
402-691-2122 (fax)
jay.jolley@fnf.com
*Assigned: 01/30/09*

9

20

**Michael J. McGrady**
Lathrop & Rutledge P.C.
PO Box 4068
Cheyenne, WY 82003-4068
307-632-0554
307-635-4502 (fax)
mmcgrady@lathropandrutledge.com
*Assigned: 02/25/09*

**J. Kent Rutledge**
Lathrop & Rutledge, P.C.
PO Box 4068
Cheyenne, WY 82003
307-632-0554
307-635-4502 (fax)
krutledge@lathropandrutledge.com
*Assigned: 01/29/09*

**R&S Well Service, Inc.**
PO Box 1148
Thermopolis, WY 82443
*Added: 03/25/2009*
*(Creditor)*

represented
by

**James A. Michel, Jr.**
Messenger & Jurovich
PO Box 550
Thermopolis, WY 82443
307-864-5596
*Assigned: 03/25/09*
*LEAD ATTORNEY*

**Ritchie Bros. Auctioneers**
*Added: 05/18/2009*
*(Auctioneer)*

represented
by

**John A. Coppede**
Hickey & Evans, LLP
1800 Carey Ave., Suite 700
PO Box 467
Cheyenne, WY 82003
307-634-1525
307-638-7335 (fax)
jcoppede@hickeyevans.com
*Assigned: 05/18/09*

**Howard V. Scotland III**
Hickey & Evans, LLP
PO Box 467
Cheyenne, WY 82003
307-634-1525
hscotland@hickeyevans.com
*Assigned: 05/29/09*

**Rock Well Petroleum, Inc.**
No. 2500, 639-5th Avenue SW
Calgary AB T2P 0M9
Canada
*Added: 12/16/2008*
*(Debtor)*

represented
by

**Brent Cohen / Chad S. Caby**
Rothgerber Johnson & Lyons LLP
1200 17th Street, Suite 3000
Denver, CO 80202-5855
303-628-9583
303-623-9222 (fax)
ccaby@rothgerber.com
*Assigned: 01/29/09*
*LEAD ATTORNEY*

**Ken T. Lenz**
Bennett Jones, LLP
855-2nd St., Suite 4500
Calgary Alberta Canada
*Assigned: 02/13/09*
*LEAD ATTORNEY*

**Thomas M. Rose**
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
*Added: 01/16/2009*
*(Attorney)*

**Sandvik Customer Finance, LLC**
*Added: 04/30/2009*
*(Creditor)*

represented
by

**Sharon M. Lewonski**
Epstein Becker & Green, P.C.
945 East Paces Ferry Road Ste 2700
Atlanta, GA 30326
404-923-9053
404-923-9953 (fax)
slewonski@ebglaw.com
*Assigned: 05/05/09*
*LEAD ATTORNEY*

**Lawrence J. Wolfe**
Holland & Hart, LLP
2515 Warren Avenue
Suite 450
Cheyenne, WY 82001
307-778-4218
307-778-8175 (fax)
*Assigned: 04/30/09*
*LEAD ATTORNEY*

11

22

**Schlumberger Technology Corporation**
Added: 03/12/2003
*Added: 07/01/2009*
*(Creditor)*

                                    represented
                                    by

**Scott P. Klosterman**
Williams, Porter, Day & Neville P.C.
159 North Wolcott, Suite 400
PO Box 10700
Casper, WY 82602
307-265-0700
307-266-2306 (fax)
sklosterman@wpdn.net
*Assigned: 07/01/09*

**Sheridan County YMCA**
*Added: 09/08/2009*
*(Creditor)*

                                    represented
                                    by

**Dennis M. Kirven**
P.O. Box 640
Buffalo, WY 82834
307-684-2248
*Assigned: 09/08/09*
*LEAD ATTORNEY*

**John M. Shuey**
401 Edwards Street, Suite 1300
Shreveport, LA 71101
318-221-8671
*Added: 03/18/2009*
*(Interested Party)*

**State of Louisiana - Department of Natural Resources**
Office of Mineral Resources
P.O. Box 94396
Baton Rouge, LA 70802
(225) 342-4615
seidemannr@ag.state.la.us
*Added: 05/13/2009*
*(Creditor)*

                                    represented
                                    by

**Daniel D. Henry Jr.**
Louisiana Department of Justice
Civil Division/Lands & Natural
Resources
Post Office Box 94005
Baton Rouge, LA 70804-9005
henryd@ag.state.la.us
*Assigned: 05/13/09*

**Jackson D. Logan**
Louisiana Department of Justice
Civil Division/Lands & Natural
Resources
Post Office Box 94005
Baton Rouge, LA 70804-9005
loganj@ag.state.la.us
*Assigned: 05/13/09*

**Ryan Seidemann**
Louisiana Department of Justice
1885 North Third Street
Baton Rouge, LA 70802
225-326-6085
seidemannr@ag.state.la.us
*Assigned: 06/04/09*
*LEAD ATTORNEY*

**Mindy Sytsma**
*Added: 07/02/2009*
*(Creditor)*
PRO SE

represented
by

**Brooke M. Barney**
Attorneys At Law of Wyoming, P.C.
51 Coffeen Ave
Sheridan, WY 82801
307-674-2185
*Assigned: 07/02/09*
*TERMINATED: 07/07/09*
*LEAD ATTORNEY*

**Newton "Rusty" S. Ludwig**
Rasmussen & Ludwig
51 Coffeen Avenue Suite 201
Sheridan, WY 82801
307-674-2185
307-674-2184 (fax)
*Assigned: 07/02/09*
*TERMINATED: 07/07/09*
*LEAD ATTORNEY*

**US Trustee**
308 West 21st Street, 2nd Floor
Cheyenne, WY 82001
307-772-2790
307-772-2795 (fax)
USTPRegion19.cy.ecf@usdoj.gov
*Added: 12/16/2008*
*(U.S. Trustee)*

represented
by

**Michele R. Hankins**
Assistant U.S. Trustee
308 West 21st Street #203
Cheyenne, WY 82001
307-772-2790
307-772-2795 (fax)
Michele.R.Hankins@usdoj.gov
*Assigned: 02/06/09*

**r XOG Operating, LLC**
P.O. Box 352
Midland, TX 79702
432-683-3171
rbarnett@xogoperating.com
*Added: 01/28/2009*
*(Creditor)*

represented
by

**Dale W. Cottam**
Hirst & Applegate, P.C.
PO Box 1083
Cheyenne, WY 82003-1083
307-632-0541
307-632-4999 (fax)
dcottam@hirstapplegate.com
*Assigned: 01/29/09*
*LEAD ATTORNEY*

13

United States Bankruptcy Appellate Panel
of the Tenth Circuit

**JNTADMN, DISMISSED, CLOSED, 2009**

**Barbara A. Schermerhorn**
**Clerk**

## U.S. Bankruptcy Court
## District of Wyoming (Cheyenne)
## Bankruptcy Petition #: 08-20802

*Assigned to:* Peter J. McNiff
Chapter 15
Voluntary
Asset

*Date filed:* 12/16/2008
*Debtor dismissed:* 09/30/2009

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 1 9 2009

*Debtor disposition:* Dismissed for Other Reason

Stephan Harris, Clerk
Cheyenne

**Debtor**
**Rock Well Petroleum, Inc.**
No. 2500, 639-5th Avenue SW
Calgary AB T2P 0M9
Canada

represented by **Brent R. Cohen**
Rothgerber Johnson & Lyons
LLP
1200 17th Street, Suite 3000
Denver, CO 80202
303-628-9521
Fax : 303-623-9222
Email:
bcohen@rothgerber.com

**Chad S. Caby**
Rothgerber Johnson & Lyons
LLP
1200 17th Street, Suite 3000
Denver, CO 80202-5855
303-628-9583
Fax : 303-623-9222
Email: ccaby@rothgerber.com

**Ken T. Lenz**
Bennett Jones, LLP
855-2nd St., Suite 4500
Calgary Alberta Canada

**Foreign Representative**
**Ernst & Young, Inc.**
1000, 440-2nd Avenue S.W.
Calgary
Alberta, Canada T2P 5E9
Canada

represented by **Lindquist & Vennum**
**P.L.L.P.**
600 17th Street
Suite 1800 S
Denver, CO 80202-5441

**Brent R. Cohen**
(See above for address)
*TERMINATED: 03/04/2009*

28

**Chad S. Caby**
(See above for address)
*TERMINATED: 03/04/2009*

**Craig A. Christensen**
600 17th Street
Suite 1800
Denver, CO 80202-5402
303-573-5900
Fax : 303-573-1952
Email:
cchristensen@lindquist.com

**John C. Smiley**
Lindquist & Vennum P.L.L.P
600 17th Street
Suite 1800 South
Denver, CO 80202-5441
303-573-5900
Fax : 303-573-1956
Email: jsmiley@lindquist.com

*U.S. Trustee*
**US Trustee**
308 West 21st Street, 2nd Floor
Cheyenne, WY 82001
307-772-2790

represented by **Michele R. Hankins**
Assistant U.S. Trustee
308 West 21st Street #203
Cheyenne, WY 82001
307-772-2790
Fax : 307-772-2795
Email:
Michele.R.Hankins@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 12/16/2008 | 1 | Chapter 15 Petition for Recognition of Foreign Proceeding. Fee Amount $1039 Filed by Rock Well Petroleum, Inc. (dcjw, ) |
| 12/16/2008 | 2 | Chapter 15 List . Filed by Rock Well Petroleum, Inc. (dcjw, ) |
| 12/16/2008 | 3 | Petition For Recognition As Foreign Main Proceeding Pursuant To Sections 1515 And 1517 Of The Bankruptcy Code And Related Relief. Filed on behalf of Rock Well Petroleum, Inc. by Brent R. Cohen . (Attachments: # 1 Proposed/Unsigned Order) (dcjw, ) |
| | | Motion to Show Cause . Filed on behalf of Ernst & Young, Inc. by Brent R. Cohen. (Attachments: # 1 Proposed/Unsigned Order to Show Cause with Temporary Restraining Order# 2 Proposed/Unsigned Order Preliminary Injunction Order) (Cohen, |

29

| 12/16/2008 | 4 | Brent) |
|---|---|---|
| 12/16/2008 | 5 | Motion for Joint Administration *of Debtors' Cases*. Filed on behalf of Ernst & Young, Inc. by Brent R. Cohen. (Attachments: # 1 Proposed/Unsigned Order) (Cohen, Brent) |
| 12/16/2008 | | Case name: Rock Well Petroleum, Inc., Receipt No. 00059692, in the amount of $1039, for Chapter 15 Petition (dcke) |
| 12/16/2008 | 6 | Motion to Expedite Hearing (related document(s): 4 Motion to Show Cause,, 5 Motion for Joint Administration). Filed on behalf of Ernst & Young, Inc. by Brent R. Cohen. (Attachments: # 1 Proposed/Unsigned Order) (Cohen, Brent) |
| 12/17/2008 | 7 | Order To Show Cause With Temporary Restraining Order. Hearing Scheduled for 12/29/08 at 1:30PM at 2120 Capitol Avenue, Bankruptcy Courtroom, 8th Floor, Cheyenne, WY 82001. (Related Doc # 4 ) (dcke, ) Modified on 12/18/2008 (dcjb, ). |
| 12/18/2008 | 8 | Order Scheduling Hearings On: (1) Petition For Recognition As Foreign Main Proceeding, And (2) Motion For Joint Administration. (related document(s): 3 Generic Motion, 5 Motion for Joint Administration). Hearing scheduled for 2/3/2009 at 09:30 AM at 2120 Capitol Avenue, Bankruptcy Courtroom, 8th Floor, Cheyenne, WY 82001. (Attachments: # 1 Summons) (dcjb, ) |
| 12/19/2008 | 9 | Amended Order Scheduling Hearings On: (1) Petition For Recognition As Foreign Main Proceeding, And (2) Motion For Joint Administration. (related document(s): 3 Generic Motion,, 5 Motion for Joint Administration, 8 Order Scheduling Hearing). Hearing scheduled for 2/18/2009 at 09:30 AM at 2120 Capitol Avenue, Bankruptcy Courtroom, 8th Floor, Cheyenne, WY 82001. (Attachments: # 1 Summons) (dcjw, ) . |
| 12/23/2008 | 10 | Certificate of Service (related document(s): 1 Petition Foreign Proceeding (Chapter 15), 7 Order On Motion To Show Cause, 2 Chapter 15 List, 4 Motion to Show Cause,, 3 Generic Motion, ). Filed by Ernst & Young, Inc. (Cohen, Brent) Additional attachment(s) added on 12/23/2008 (dcss, ). |
| 12/23/2008 | 11 | Supplemental Brief *in Support of Provisional Relief Under 11 U.S.C. Sec. 1519* (related document(s): 4 Motion to Show Cause, ). Filed by Ernst & Young, Inc. (Cohen, Brent) |
| | | Certificate of Service (related document(s): 3 Generic Motion,, 9 |

| 12/24/2008 | 12 | Order Scheduling Hearing, ). Filed by Ernst & Young, Inc. (Cohen, Brent) |
|---|---|---|
| 12/29/2008 | 13 | Preliminary Injunction Order. (Related Doc # 4 ) (dcss, ) |
| 12/29/2008 | 14 | Order Requiring Service of Preliminary Injunction Order (related document(s): 13 Order On Motion To Show Cause). (dcjb, ) |
| 12/29/2008 | 15 | Exhibits From Hearing Held (related document(s): 4 Motion to Show Cause, ). Filed by Ernst & Young, Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7) (dcjw, ) |
| 12/29/2008 | 16 | Minutes of Hearing Held (related document(s): 4 Motion to Show Cause, ). (dcjw, ) |
| 12/30/2008 | 17 | Order Denying Motion Expedite Hearing (Related Doc # 6 ) (dcjm, ) |
| 01/05/2009 | 18 | Certificate of Service (related document(s): 13 Order On Motion To Show Cause, 14 Order (Generic)). Filed by Ernst & Young, Inc. (Cohen, Brent) Modified on 1/5/2009 to correct filer (dcjb, ). |
| 01/08/2009 | 19 | Motion *for Joint Telephonic Status Conference.* Filed on behalf of Ernst & Young, Inc. by Brent R. Cohen. (Attachments: # 1 Proposed/Unsigned Order) (Cohen, Brent) |
| 01/09/2009 | 20 | Order Granting Motion For Joint Telephonic Status Conference. Telephone Hearing Scheduled for 1/14/09 @1:30pm. (Related Doc # 19 ) (dcke, ) |
| 01/09/2009 | 21 | Order Requiring Service for Order Granting Motion for Joint Telephonic Status Conference. Re: (related document(s): 20 Order on Generic Motion). Modified on 1/12/2009 (dcke, ). |
| 01/12/2009 | 22 | Certificate of Service (related document(s): 21 Order (Generic)). Filed by Ernst & Young, Inc. (Cohen, Brent) |
| 01/12/2009 | 23 | Notice re:*Certificate of Compliance* (related document(s): 9 Order Scheduling Hearing, ). Filed by Ernst & Young, Inc. (Cohen, Brent) |
| 01/13/2009 | 24 | Notice re:*Submission of Documents for Status Conference* (related document(s): 20 Order on Generic Motion). Filed by Ernst & Young, Inc. (Attachments: # 1 Exhibit A - First Report of Monitor# 2 Exhibit B - Guidelines) (Cohen, Brent) |

| 01/14/2009 | 25 | Creditor Request for Notice. Filed by Caterpillar Financial Services Corporation (Patton, John) |
| 01/14/2009 | 26 | Notice of Appearance and Request for Notice by Lori A. McMullen. Filed by on behalf of First Interstate Bank of Sheridan, First Federal Savings Bank (McMullen, Lori) |
| 01/14/2009 | 27 | Minutes of Hearing Held (related document(s): 1 Petition Foreign Proceeding (Chapter 15)). (dcjw, ) (Entered: 01/15/2009) |
| 01/16/2009 | 28 | Motion to Appear pro hac vice *for Eli O. Columbus.* Filed on behalf of Caterpillar Financial Services Corporation by John C. Patton. (Attachments: # 1 Proposed/Unsigned Order) (Patton, John) |
| 01/16/2009 | 29 | Notice of Change of Address. Filed by Thomas M. Rose. (dcke, ) |
| 01/16/2009 | 30 | Order Granting Motion To Appear pro hac vice for Eli O. Columbus. (Related Doc # 28 ) (dcke, ) |
| 01/18/2009 | 31 | BNC Certificate of Mailing - PDF Document. (related document (s): 30 Order on Motion to Appear pro hac vice). No. of Notices: 3. Service Date 01/18/2009. (Admin.) |
| 01/23/2009 | 32 | Certificate of Service *(Supplemental)* (related document(s): 1 Petition Foreign Proceeding (Chapter 15), 3 Generic Motion,, 13 Order On Motion To Show Cause, 9 Order Scheduling Hearing, ). Filed by Ernst & Young, Inc. (Cohen, Brent) |
| 01/26/2009 | 33 | Notice of Appearance and Request for Notice by James R. Belcher. Filed by on behalf of Powder River Energy Corporation (Belcher, James) |
| 01/27/2009 | 34 | Emergency Motion *for Order Authorizing Interim and Final Postpetition Financing.* Filed on behalf of Ernst & Young, Inc. by Brent R. Cohen. (Attachments: # 1 Proposed/Unsigned Order) (Cohen, Brent) |
| 01/27/2009 | 35 | Motion to Expedite Hearing *(Video) on Emergency Motion for Order Authorizing Interim and Final Postpetition Financing* (related document(s): 34 Generic Motion). Filed on behalf of Ernst & Young, Inc. by Brent R. Cohen. (Attachments: # 1 Proposed/Unsigned Order) (Cohen, Brent) |
| | | Order Granting Motion For Expedited Video Hearing On Emergency Motion For Order Authorizing Interim And Final Postpetition Financing. (Related Doc # 35 ) Hearing scheduled |

| 01/27/2009 | <u>36</u> | for 1/30/2009 at 01:00 PM by Video Conference. Modified on 1/27/2009 (dcke, ). |
|---|---|---|
| 01/28/2009 | <u>37</u> | Motion to Appear pro hac vice *for Chad S. Caby*. Filed on behalf of Ernst & Young, Inc. by Brent R. Cohen. (Attachments: # <u>1</u> Affidavit in Support of Motion to Appear Pro Hac Vice# <u>2</u> Proposed/Unsigned Order) (Cohen, Brent) |
| 01/28/2009 | <u>38</u> | Notice of Appearance and Request for Notice by Melissa R. Grasmick. Filed by on behalf of r XOG Operating, LLC (Grasmick, Melissa) |
| 01/29/2009 | <u>39</u> | Certificate of Service *Regarding Order Granting Motion for Expedited Hearing* (related document(s): <u>36</u> Order on Motion to Expedite Hearing, ). Filed by Ernst & Young, Inc. (Cohen, Brent) |
| 01/29/2009 | <u>40</u> | Order Granting Motion To Appear pro hac vice for Chad S. Caby, Esq. (Related Doc # <u>37</u> ) (dckw, ) |
| 01/29/2009 | <u>41</u> | Clerk's Certificate of Service (related document(s): <u>40</u> Order on Motion to Appear pro hac vice). (dckw, ) |
| 01/29/2009 | <u>42</u> | Notice of Appearance and Request for Notice by J. Kent Rutledge. Filed by on behalf of Premium Financial Specialists, Inc. (Rutledge, J. Kent) |
| 01/29/2009 | <u>43</u> | Motion to Appear pro hac vice *of John J. Jolley, Jr.*. Filed on behalf of Premium Financial Specialists, Inc. by J. Kent Rutledge. (Attachments: # <u>1</u> Affidavit # <u>2</u> Proposed/Unsigned Order) (Rutledge, J. Kent) |
| 01/29/2009 | <u>44</u> | Motion to Appear pro hac vice *of John H. Bernstein*. Filed on behalf of Premium Financial Specialists, Inc. by J. Kent Rutledge. (Attachments: # <u>1</u> Affidavit # <u>2</u> Proposed/Unsigned Order) (Rutledge, J. Kent) |
| 01/29/2009 | <u>45</u> | Motion for Preliminary Injunction *Relief Order and Notice of Time to Object*. Last day to file objections 2/12/2009. Filed on behalf of Premium Financial Specialists, Inc. by J. Kent Rutledge. (Attachments: # <u>1</u> Memorandum in Support# <u>2</u> Proposed/Unsigned Order) (Rutledge, J. Kent) Modified on 1/30/2009 will re-file using proper event.(dcss, ). Modified on 2/11/2009 to re-open. (dcss). |
|  |  | Notice re:*Submission of Documents for Hearing on Emergency Motion* (related document(s): <u>36</u> Order on Motion to Expedite Hearing, ). Filed by Ernst & Young, Inc. (Attachments: # <u>1</u> |

CM/EC Case 2:09-cv-00239-ABJ    Document 1    Filed 10/20/2009    Page 53 of 100 of 54
BAP Appeal No. 09-63    Docket 64028    Filed: 10/09/2009    Page 7 of 54

| 01/30/2009 | 46 | Exhibit A - Second Report of Monitor# 2 Exhibit B - Affidavit of Greg Florence) (Cohen, Brent) |
|---|---|---|
| 01/30/2009 | 47 | Certificate of Service *(Supplemental) Regarding Notice of Submission of Documents for Hearing on Emergency Motion* (related document(s): 46 Notice, ). Filed by Ernst & Young, Inc. (Cohen, Brent) |
| 01/30/2009 | 48 | ***DISREGARD*** Motion for Relief from Stay *and Notice of Time to Object*. Fee Amount $150,. Filed on behalf of Premium Financial Specialists, Inc. by J. Kent Rutledge. LBR 4001 Last Day to Object to Relief of Stay: 2/12/2009. (Attachments: # 1 Memorandum in Support# 2 Proposed/Unsigned Order) (Rutledge, J. Kent) Modified on 2/11/2009 (dcss). |
| 01/30/2009 | 49 | Receipt of Motion for Relief From Stay(08-20802) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number 684631. Fee amount 150.00. (U.S. Treasury) |
| 01/30/2009 | 50 | Objection to *Emergency Motion for Order Authorizing Interim and Final Postpettion Financing* (related document(s): 35 Motion to Expedite Hearing, ). Filed by r XOG Operating, LLC (Grasmick, Melissa) |
| 01/30/2009 | 51 | Order Granting Motion To Appear pro hac vice for John J. Jolley, Jr. (Related Doc # 43 ) (dckw, ) |
| 01/30/2009 | 52 | Order Granting Motion To Appear pro hac vice for John H. Bernstein (Related Doc # 44 ) (dcss, ) |
| 01/30/2009 | 53 | Minutes of Hearing Held: Order (related document(s): 34 Generic Motion, 35 Motion to Expedite Hearing, ). (dcjw, ) |
| 01/31/2009 | 54 | BNC Certificate of Mailing - PDF Document. (related document (s): 40 Order on Motion to Appear pro hac vice). No. of Notices: 1. Service Date 01/31/2009. (Admin.) |
| 02/01/2009 | 55 | BNC Certificate of Mailing - PDF Document. (related document (s): 51 Order on Motion to Appear pro hac vice). No. of Notices: 1. Service Date 02/01/2009. (Admin.) |
| 02/01/2009 | 56 | BNC Certificate of Mailing - PDF Document. (related document (s): 52 Order on Motion to Appear pro hac vice). No. of Notices: 4. Service Date 02/01/2009. (Admin.) |
| | | BNC Certificate of Mailing - PDF Document. (related document (s): 53 Minutes of Proceedings (Order)). No. of Notices: 1. |

| 02/01/2009 | 57 | Service Date 02/01/2009. (Admin.) |
|---|---|---|
| 02/02/2009 | 58 | Notice of Appearance and Request for Notice by Thomas J. Klepperich. Filed by on behalf of First Federal Savings Bank (Klepperich, Thomas) |
| 02/05/2009 | 59 | Motion *Requesting an Emergency Hearing on Emergency Motion for Order Authorizing Interim and Final Postpetition Financing.* Filed on behalf of Ernst & Young, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 02/06/2009 | 60 | Order Granting Motion Requesting An Emergency Hearing On Emergency Motion For Order Authorizing Interim And Final Postpetition Financing. Telephone Hearing Scheduled for 2/10/09 @2pm. (Related Doc # 59 ) (kae) |
| 02/06/2009 | 61 | Order Scheduling Emergency Hearing (related document(s): 59 Generic Motion). Hearing scheduled for 2/10/2009 at 02:00 PM at Telephone Conference. (kae) |
| 02/06/2009 | 62 | Proposed Order *Interim Order Authorizing and Granting Postpetition Financing* (related document(s): 34 Generic Motion). Filed by Ernst & Young, Inc. (Caby, Chad) |
| 02/06/2009 | 63 | Response to (related document(s): 53 Minutes of Proceedings (Order)) Filed by Ernst & Young, Inc. (Caby, Chad) |
| 02/06/2009 | 64 | Statement of No Objection filed by *UST to Interim DIP Order* (related document(s): 62 Proposed Order). Filed by US Trustee (Hankins, Michele) |
| 02/06/2009 | 65 | Notice re:*Submission of Documents for Consideration Relating to Emergency Motion for Order Authorizing Interim Postpetition Financing* (related document(s): 34 Generic Motion). Filed by Ernst & Young, Inc. (Attachments: # 1 Exhibit 4# 2 Exhibit 5# 3 Exhibit 6# 4 Exhibit 7# 5 Exhibit 8# 6 Exhibit 9) (Caby, Chad) |
| 02/06/2009 | 66 | Motion to Vacate *Emergency Hearing Set on February 10, 2009* (related document(s): 61 Order Scheduling Hearing). Filed on behalf of Ernst & Young, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 02/09/2009 | 67 | Exhibit *1 to DIP Order* (related document(s): 62 Proposed Order). Filed by Ernst & Young, Inc. (Caby, Chad) |
| 02/09/2009 | 68 | Exhibit *2 to DIP Order* (related document(s): 62 Proposed Order). Filed by Ernst & Young, Inc. (Caby, Chad) |

| 02/09/2009 | 69 | Exhibit *3 to DIP Order* (related document(s): 62 Proposed Order). Filed by Ernst & Young, Inc. (Caby, Chad) |
|---|---|---|
| 02/09/2009 | 70 | Interim Order Authorizing And Granting Postpetition Financing Between Rock Well Petroleum (USA), Inc., ET AL. And BT&T Timelife AG Pursuant To 11 U.S.C.$$364(c), 1519(a) Of The Bankruptcy Code And Fed. R. Bankr. P. 4401(c). (Related Doc # 34 ) (kae) |
| 02/09/2009 | 71 | Order Scheduling Final Hearing (related document(s): 70 Order on Generic Motion, 34 Generic Motion). Hearing scheduled for 3/5/2009 at 08:30 AM at 2120 Capitol Avenue, Judges Chambers, 8th Floor, Cheyenne, WY 82001. (kae) |
| 02/09/2009 | 72 | Order Granting Motion Requesting The Court Vacate The Emergency Hearing Set On February 10, 2009 At 2:00P.M. (Related Doc # 66 ) (kae) |
| 02/10/2009 | 73 | Notice re:*Final Hearing and Opportunity to Object Regarding Emergency Motion* (related document(s): 34 Generic Motion, 71 Order Scheduling Hearing). Filed by Ernst & Young, Inc. (Caby, Chad) |
| 02/10/2009 | 74 | Certificate of Service *re DIP Order and Notice of Final Hearing* (related document(s): 70 Order on Generic Motion, 71 Order Scheduling Hearing) 73 Notice. Filed by Ernst & Young, Inc. (Caby, Chad) Modified on 2/10/2009 (dckw). |
| 02/11/2009 | 75 | Response to (related document(s): 45 Motion for Preliminary Injunction *Relief Order and Notice of Time to Object* filed by Creditor Premium Financial Specialists, Inc.) Filed by Rock Well Petroleum, Inc. (Cohen, Brent) |
| 02/11/2009 | 76 | Order Allowing Refund. (related document(s): 48 Motion for Relief From Stay). (scs) |
| 02/12/2009 | 77 | Motion to Appear pro hac vice . Filed on behalf of Rock Well Petroleum, Inc. by Brent R. Cohen. (Attachments: # 1 Affidavit in Support of Motion for Admission Pro Hac Vice# 2 Proposed/Unsigned Order Granting Motion to Appear Pro Hac Vice) (Cohen, Brent) |
| 02/13/2009 | 78 | Notice of Appearance and Request for Notice by Gregory C. Dyekman. Filed by on behalf of Atlas Copco Customer Finance USA, LLC (Dyekman, Gregory) |
|  |  | Order Granting Motion To Appear pro hac vice for Ken T. Lenz. |

36

| 02/13/2009 | 79 | (Related Doc # 77 ) (kae) |
|---|---|---|
| 02/13/2009 | 80 | Emergency Motion to Expedite Hearing *on Motion for Relief from Preliminary Injunction Order* (related document(s): 45 Motion for Preliminary Injunction Relief Order and Notice of Time to Object). Filed on behalf of Premium Financial Specialists, Inc. by John H. Bernstein. (Attachments: # 1 Proposed/Unsigned Order) (Bernstein, John) |
| 02/17/2009 | 81 | Notice of Appearance and Request for Notice *and Reservation of Rights* by John C. Smiley. Filed by on behalf of Ernst & Young, Inc. (Smiley, John) |
| 02/17/2009 | 82 | Joinder in *Debtors' Petition for Recognition as Foreign Main Proceeding and Motion for Order Directing Joint Administration* (related document(s): 3 Generic Motion, 5 Motion for Joint Administration) (related document(s): 3 Generic Motion, 5 Motion for Joint Administration). Filed by Ernst & Young, Inc. (Smiley, John) |
| 02/18/2009 | 83 | Order Extending Preliminary Injunction Order Re: (related document(s): 13 Preliminary Injunction Order.). (kae) |
| 02/19/2009 | 84 | Order Scheduling Hearing (related document(s): 45 Motion for Preliminary Injunction filed by Premium Financing Specialists). Hearing scheduled for 2/26/2009 at 10:30 AM by Telephone Conference. (pfm) |
| 02/21/2009 | 85 | BNC Certificate of Mailing - PDF Document. (related document (s): 84 Order Scheduling Hearing). No. of Notices: 1. Service Date 02/21/2009. (Admin.) |
| 02/24/2009 | 86 | Notice re:*Submission of Proposed Findings of Fact, Conclusions of Law and Order Submitted by the Monitor and Debtors* (related document(s): 3 Generic Motion). Filed by Ernst & Young, Inc., Rock Well Petroleum, Inc. (Attachments: # 1 Proposed/Unsigned Order Proposed Findings of Fact, Conclusions of Law and Order on Petitions for Recognition) (Cohen, Brent) |
| 02/25/2009 | 87 | Notice of Appearance and Request for Notice by Michael J. McGrady. Filed by on behalf of Premium Financial Specialists, Inc. (McGrady, Michael) |
| | | Declaration re: *Motion for Relief from Preliminary Injunction Order* (related document(s): 45 Motion for Preliminary Injunction). Filed by Premium Financial Specialists, Inc. (Attachments: # 1 Exhibit 1 - Finance Agreement# 2 Exhibit 2 - |

| 02/25/2009 | 88 | Lexington Policy# 3 Exhibit 3 Part 1 - Equipment Policy# 4 Exhibit 3 Part 2 - Equipment Policy# 5 Exhibit 3 Part 3 - Equipment Policy# 6 Exhibit 4 - Excess Policy) (Jolley, John) |
|---|---|---|
| 02/26/2009 | 89 | Minutes of Hearing Held: Order (related document(s): 45 Motion for Preliminary Injunction). (jww) |
| 02/27/2009 | 90 | Amended Motion for Preliminary Injunction *Relief and Notice of Time to Object*. Filed on behalf of Premium Financial Specialists, Inc. by John J. Jolley Jr.. (Attachments: # 1 Exhibit 1 - Finance Agreement# 2 Exhibit 2 - Lexington Policy# 3 Exhibit 3 Part 1 - Equipment Policy# 4 Exhibit 3 Part 2 - Equipment Policy# 5 Exhibit 3 Part 3 - Equipment Policy# 6 Exhibit 4 - Excess Policy) (Jolley, John) |
| 02/27/2009 | 91 | Order Granting Rock Well Petroleum, Inc.s Petition For Recognition As A Foreign Main Proceeding. Related Doc # 3 ) (klw) |
| 02/27/2009 | | Objection/Response Deadline Updated (related document(s): 90 Motion for Preliminary Injunction). Objections due by 3/13/2009. (jww) |
| 02/28/2009 | 92 | BNC Certificate of Mailing - PDF Document. (related document (s): 89 Minutes of Proceedings (Order)). No. of Notices: 1. Service Date 02/28/2009. (Admin.) |
| 03/02/2009 | 93 | Notice of Appearance and Request for Notice by William D. Bagley. Filed by on behalf of NE Wyoming Soil Treatment (klw) |
| 03/03/2009 | 94 | Application to Employ Grubb & Ellis / Wyoming as Commercial Real Estate Brokers for Debtors . Filed on behalf of Ernst & Young, Inc. by Brent R. Cohen. (Attachments: # 1 Proposed/Unsigned Order) (Cohen, Brent) |
| 03/03/2009 | 95 | Joinder in *Motion for Order Directing Joint Administration and Request for Hearing* (related document(s): 5 Motion for Joint Administration) (related document(s): 5 Motion for Joint Administration). Filed by Rock Well Petroleum, Inc. (Attachments: # 1 Proposed/Unsigned Order) (Cohen, Brent) |
| 03/03/2009 | 96 | ***DISREGARD*** Motion to Withdraw as Attorney *for the Monitor*. Filed on behalf of Ernst & Young, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) Modified on 3/3/2009 per t/c. (dcss). |
| | | Motion to Withdraw as Attorney *for the Monitor*. Filed on behalf |

| 03/03/2009 | 97 | of Ernst & Young, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
|---|---|---|
| 03/04/2009 | 98 | Application to Employ Rothgerber Johnson & Lyons LLP as Counsel for Debtors . Filed on behalf of Rock Well Petroleum, Inc. by Brent R. Cohen. (Attachments: # 1 Exhibit A - Verified Statement of Brent R. Cohen# 2 Proposed/Unsigned Order) (Cohen, Brent) |
| 03/04/2009 | 99 | Order Scheduling Evidentiary Hearing (related document(s): 45 Motion for Preliminary Injunction filed by Premium Financial). Hearing scheduled for 4/1/2009 at 01:30 PM at 2120 Capitol Avenue, Bankruptcy Courtroom, 8th Floor, Cheyenne, WY 82001. (pfm) |
| 03/04/2009 | 100 | Order Granting Application to Employ Grubb & Ellis, Real Estate Broker. (Related Doc # 94 ) (kae) |
| 03/04/2009 | 101 | Order Granting Unopposed Motion To Withdraw As Counsel For The Monitor. (Related Doc # 97 ) (kae) |
| 03/05/2009 | 102 | Exhibits From Hearing Held (related document(s): 34 Generic Motion, 70 Order on Generic Motion). Filed by Rock Well Petroleum, Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3) (jww) |
| 03/05/2009 | 103 | Minutes of Hearing Held (related document(s): 34 Generic Motion, 70 Order on Generic Motion). (jww) |
| 03/05/2009 | 104 | Final Order Authorizing And Granting Postpetition Financing Between Rock Well Petroleum (USA), Inc., ET AL. And BT&T Timelife AG Pursuant To 11 U.S.C. §§ 364(c), 1519(a) And 1521 (a) Of The Bankruptcy Code And Fed. R. Bankr. P. 4401(c). (Related Doc # 34 ) (kae) |
| 03/05/2009 | 105 | Order Scheduling Hearing on Motion for Joing Administration (related document(s): 5 Motion for Joint Administration). Hearing scheduled for 3/19/2009 at 10:30 AM at Telephone Conference. (klw) Modified on 3/5/2009 to adjust text(dckw). |
| 03/05/2009 | 106 | Order Requiring Service Of Final Order Authorizing And Granting Postpetition Financing Entered On March 5, 2009. (related document(s): 104 Order on Generic Motion). (kae) |
| 03/06/2009 | 107 | Motion *to Adopt Cross-Border Communication Guidelines*. Filed on behalf of Rock Well Petroleum, Inc. by Brent R. Cohen. (Attachments: # 1 Proposed/Unsigned Order) (Cohen, Brent) |

| | | |
|---|---|---|
| 03/06/2009 | 108 | Notice Pursuant to LBR 2002-1 Re: *Motion to Adopt Cross-Border Communication Guidelines* (related document(s): 107 Generic Motion). Filed by Rock Well Petroleum, Inc. Objections due by 3/19/2009. (Cohen, Brent) |
| 03/06/2009 | 109 | Certificate of Service *of Motion & 2002-1 Notice to Adopt Cross-Border Communication Guidelines* (related document(s): 107 Generic Motion, 108 Notice Pursuant to LBR 2002-1). Filed by Rock Well Petroleum, Inc. (Cohen, Brent) |
| 03/06/2009 | 110 | Omnibus Motion *to (A) Approve Form, Manner, and Method of Sales of Certain Real Estate and Equipment; (B) Approve Retention of Brokers, and (C) Approve Form, Manner and Method for Providing Notice to Creditors.* Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 03/06/2009 | 111 | Notice Pursuant to LBR 2002-1 Re: *Omnibus Motion to (A) Approve Form, Manner and Method of Sales of Certain Real Estate and Equipment; (B) Approve Retention of Brokers; and (C) Approve Form, Manner and Method for Providing Notice to Creditors* (related document(s): 110 Generic Motion). Filed by Rock Well Petroleum, Inc. Objections due by 3/30/2009. (Caby, Chad) |
| 03/06/2009 | 112 | Certificate of Service *re: Omnibus Motion and 2002-1 Notice of Omnibus Motion to (A) Approve Form, Manner and Method of Sales of Certain Real Estate and Equipment; (B) Approve Retention of Brokers; and (C) Approve Form, Manner and Method for Providing Notice to Creditors* (related document(s): 110 Generic Motion, 111 Notice Pursuant to LBR 2002-1). Filed by Rock Well Petroleum, Inc. (Caby, Chad) |
| 03/06/2009 | 113 | Motion *for Approval of Engagement Procedures for Bankruptcy Professionals and Establishment of Payment Procedures.* Filed on behalf of Rock Well Petroleum, Inc. by Brent R. Cohen. (Attachments: # 1 Proposed/Unsigned Order) (Cohen, Brent) |
| 03/06/2009 | 114 | Notice Pursuant to LBR 2002-1 Re: *Motion for Approval of Engagement Procedures for Bankruptcy Professionals and Establishment of Payment Procedures* (related document(s): 113 Generic Motion). Filed by Rock Well Petroleum, Inc. Objections due by 3/19/2009. (Cohen, Brent) |
| | | Certificate of Service *of Motion & 2002-1 Notice for Approval of Engagement Procedures for Bankruptcy Professionals and Establishment of Payment Procedures* (related document(s): 113 Generic Motion, 114 Notice Pursuant to LBR 2002-1). Filed by |

| 03/06/2009 | 115 | Rock Well Petroleum, Inc. (Cohen, Brent) |
|---|---|---|
| 03/06/2009 | 116 | Motion to Limit Notice *and Establishing Notice Procedures*. Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 03/06/2009 | 117 | Notice Pursuant to LBR 2002-1 Re: *Motion for Order Limiting Notice and Establishing Notice Procedures* (related document(s): 116 Motion to Limit Notice). Filed by Rock Well Petroleum, Inc. Objections due by 3/19/2009. (Caby, Chad) |
| 03/06/2009 | 118 | Certificate of Service *for Motion and 2002-1 Notice of Motion for Order Limiting Notice and Establishing Notice Procedures* (related document(s): 116 Motion to Limit Notice, 117 Notice Pursuant to LBR 2002-1). Filed by Rock Well Petroleum, Inc. (Caby, Chad) |
| 03/06/2009 | 119 | Certificate of Service *of Order Granting Rock Well Petroleum, Inc.'s Petition for Recognition as a Foreign Main Proceeding* (related document(s): 91 Order on Generic Motion). Filed by Rock Well Petroleum, Inc. (Cohen, Brent) |
| 03/06/2009 | 120 | BNC Certificate of Mailing - PDF Document. (related document (s): 99 Order Scheduling Hearing). No. of Notices: 1. Service Date 03/06/2009. (Admin.) |
| 03/06/2009 | 121 | BNC Certificate of Mailing - PDF Document. (related document (s): 101 Order on Motion to Withdraw as Attorney). No. of Notices: 3. Service Date 03/06/2009. (Admin.) |
| 03/07/2009 | 122 | BNC Certificate of Mailing - PDF Document. (related document (s): 104 Order on Generic Motion). No. of Notices: 3. Service Date 03/07/2009. (Admin.) |
| 03/07/2009 | 123 | BNC Certificate of Mailing - PDF Document. (related document (s): 105 Order Scheduling Hearing). No. of Notices: 1. Service Date 03/07/2009. (Admin.) |
| 03/07/2009 | 124 | BNC Certificate of Mailing - PDF Document. (related document (s): 106 Order Requiring Notice). No. of Notices: 1. Service Date 03/07/2009. (Admin.) |
| | | Certificate of Service *of Final Order Authorizing and Granting Postpeition Financing Between Rock Well Petroleum (U.S.A.), Inc., et al., and BT&T Timelife AG Pursuant to 11 U.S.C. Sec. 364(c), 1519(a) and 1521(a) of the Bankruptcy Code and Fed.R.Bankr.P. 4001(c)* (related document(s): 104 Order on |

41

| 03/09/2009 | 125 | Generic Motion, 106 Order Requiring Notice). Filed by Rock Well Petroleum, Inc. (Cohen, Brent) |
|---|---|---|
| 03/10/2009 | 126 | Motion *to Approve Joint Stipulation for Relief From Stay*. Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) Modified on 3/11/2009 (dcss). |
| 03/10/2009 | 127 | Notice Pursuant to LBR 2002-1 Re: *Motion to Approve Joint Stipulation for Relief From Stay* (related document(s): 126 Generic Motion). Filed by Rock Well Petroleum, Inc. Objections due by 3/23/2009. (Caby, Chad) Modified on 3/11/2009 (dcss). |
| 03/13/2009 | 128 | Response to (related document(s): 90 Amended Motion for Preliminary Injunction *Relief and Notice of Time to Object* filed by Creditor Premium Financial Specialists, Inc.) Filed by Rock Well Petroleum, Inc. (Caby, Chad) |
| 03/13/2009 | 129 | Joint Motion *to Authorize Payment of Secured Advances*. Filed on behalf of Rock Well Petroleum, Inc. by Thomas J. Klepperich, Chad S. Caby. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Proposed/Unsigned Order) (Caby, Chad) |
| 03/13/2009 | 130 | Notice Pursuant to LBR 2002-1 Re: *Joint Motion to Authorize Payment of Secured Advances* (related document(s): 129 Generic Motion). Filed by Rock Well Petroleum, Inc. Objections due by 3/26/2009. (Caby, Chad) |
| 03/16/2009 | 131 | Motion to Vacate *March 19, 2009 Hearing Regarding Motion for Joint Administration of the Debtors' Cases* (related document(s): 105 Order Scheduling Hearing). Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 03/16/2009 | 132 | Motion to Reconsider *Judgment Pursuant to Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60* (related document(s): 91 Order on Generic Motion). Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 03/16/2009 | 138 | Notice of Appearance and Request for Notice. Filed by John M. Shuey. (kae) (Entered: 03/18/2009) |
| 03/17/2009 | 133 | ***DISREGARD***Order Granting Amended Motion For Preliminary Injunction (Related Doc # 90 ) (jam) Modified on 3/17/2009 (dcss). |

| 03/17/2009 | 134 | Order Granting Motion To Vacate March 19,2009 Hearing Regarding Motion for Joint Administration of the Debtors' Cases (Related Doc # 131 ) (klw) |
| 03/17/2009 | 135 | Order Granting Motion For Joint Administration on Lead Case 2:08-bk-20802 with Member Case 2:08-bk-20802. (Related Doc # 5 ) (klw) |
| 03/17/2009 | 136 | An order has been entered in this case directing the joint administration of the chapter 15 cases of Rock Well Petroleum, Inc. (08-20802); Rock Well Petroleum (U.S.), Inc. (08-20797; Greybull Petroleum, LLC (08-20795); Poison Spider Tetroleum, LLC (08-20800); Osage Petroleum, LLC (08-20801);RWP International and Structured Projects, LLC (08-20798); and Jones Draw Petroleum, LLC (08-20799) the docket in Rock Well Petroleum, Inc., Docket No. 08-20802, should be consulted for all matters affecting these cases excepting claims. (klw) |
| 03/17/2009 | 137 | Order Scheduling Hearing . (related document(s): 90 Amended Motion for Preliminary Injunction.) Hearing scheduled for 4/2/2009 at 01:30 PM at 2120 Capitol Avenue, Bankruptcy Courtroom, 8th Floor, Cheyenne, WY 82001. (jam) Modified on 3/17/2009 (dcss). |
| 03/19/2009 | 139 | Amended Order Directing Joint Administration Of The Debtors' Chapter 15 Cases. (related document(s): 135 Order on Motion For Joint Administration). (kae) |
| 03/19/2009 | 140 | Objection to (related document(s): 113 Generic Motion). Filed by First Federal Savings Bank, First Interstate Bank of Sheridan (McMullen, Lori) |
| 03/19/2009 | 141 | Objection to (related document(s): 110 Generic Motion). Filed by First Federal Savings Bank, First Interstate Bank of Sheridan (McMullen, Lori) |
| 03/19/2009 | 142 | BNC Certificate of Mailing - PDF Document. (related document (s): 134 Order on Motion to Vacate). No. of Notices: 2. Service Date 03/19/2009. (Admin.) |
| 03/19/2009 | 143 | BNC Certificate of Mailing - PDF Document. (related document (s): 135 Order on Motion For Joint Administration). No. of Notices: 26. Service Date 03/19/2009. (Admin.) |
| 03/19/2009 | 144 | BNC Certificate of Mailing - PDF Document. (related document (s): 137 Order Scheduling Hearing). No. of Notices: 2. Service Date 03/19/2009. (Admin.) |

| 03/20/2009 | 145 | Order Regarding Compliance. (related document(s): 98 Application to Employ). Compliance due by 3/31/2009. (scs) |
|---|---|---|
| 03/21/2009 | 146 | BNC Certificate of Mailing - PDF Document. (related document (s): 139 Amended Order). No. of Notices: 28. Service Date 03/21/2009. (Admin.) |
| 03/22/2009 | 147 | BNC Certificate of Mailing - PDF Document. (related document (s): 145 Order Regarding Compliance With Rules). No. of Notices: 1. Service Date 03/22/2009. (Admin.) |
| 03/24/2009 | 148 | Objection to (related document(s): 110 Omnibus Motion *to (A) Approve Form, Manner, and Method of Sales of Certain Real Estate and Equipment; (B) Approve Retention of Brokers, and (C) Approve Form, Manner and Method for Providing Notice to Creditors* filed by Debtor Rock Well Petroleum, Inc.) Filed by Powder River Energy Corporation (Belcher, James) |
| 03/24/2009 | 149 | Stipulation By Rock Well Petroleum, Inc. and *Stipulated Order Granting Motion for Approval of Engagement Procedures for Bankruptcy Professionals and Establishment of Payment Procedures.*. Filed by Rock Well Petroleum, Inc. (Caby, Chad) |
| 03/25/2009 | 150 | Notice of Appearance and Request for Notice by Ronald P. Jurovich. Filed by on behalf of Rock Well Petroleum, Inc. (Jurovich, Ronald) |
| 03/25/2009 | 151 | Application to Employ Lindquist & Vennum P.L.L.P. as Counsel for Monitor . Filed on behalf of Ernst & Young, Inc. by John C. Smiley. (Attachments: # 1 Proposed/Unsigned Order Granting Application to Employ Lindquist & Vennum P.L.L.P. as Counsel for Monitor) (Smiley, John) |
| 03/26/2009 | 152 | Creditor Disk *Master Combined Mailing Matrix*. Filed by Rock Well Petroleum, Inc. (Cohen, Brent) |
| 03/26/2009 | 153 | Certificate of Service *of Amended Order Directing Joint Administration of the Debtors' Chapter 15 Cases* (related document(s): 139 Amended Order). Filed by Rock Well Petroleum, Inc. (Cohen, Brent) |
| 03/26/2009 | 154 | Witness List (related document(s): 137 Order Scheduling Hearing). Filed by Premium Financial Specialists, Inc. (Jolley, John) |
|  |  | Notice Pursuant to LBR 2002-1 Re: *Application for Order Authorizing the Employment of Lindquist & Vennum P.L.L.P. as* |

| Date | No. | Description |
|---|---|---|
| 03/27/2009 | 155 | *Counsel for Monitor* (related document(s): 151 Application to Employ). Filed by Ernst & Young, Inc. Objections due by 4/20/2009. (Smiley, John) |
| 03/27/2009 | 156 | Motion for Relief from Stay / *Preliminary Injunction Order and Notice of Time to Object*. Fee Amount $150,. Filed on behalf of Atlas Copco Customer Finance USA, LLC by Gregory C. Dyekman. LBR 4001 Last Day to Object to Relief of Stay: 4/9/2009. (Attachments: # 1 Proposed/Unsigned Order) (Dyekman, Gregory) |
| 03/27/2009 | 157 | Certificate of Service . Filed by Atlas Copco Customer Finance USA, LLC (Dyekman, Gregory) |
| 03/27/2009 | 158 | Receipt of Motion for Relief From Stay(08-20802) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number 791875. Fee amount 150.00. (U.S. Treasury) |
| 03/30/2009 | 159 | Order Granting Application to Employ Lindquist & Vennum P.L.L.P. as Counsel for Monitor (Related Doc # 151 ) (klw) |
| 03/30/2009 | 160 | Objection to (related document(s): 129 Joint Motion *to Authorize Payment of Secured Advances* filed by Debtor Rock Well Petroleum, Inc.) Filed by Powder River Energy Corporation (Belcher, James) |
| 03/30/2009 | 161 | Amended Application to Employ Rothgerber Johnson & Lyons LLP as Counsel for Debtors . Filed on behalf of Rock Well Petroleum, Inc. by Brent R. Cohen. (Attachments: # 1 Affidavit # 2 Proposed/Unsigned Order) (Cohen, Brent) |
| 03/31/2009 | 162 | Supplemental Brief *in Support of Response to Amended Motion for Relief from Preliminary Injunction Order and Notice of Time to Object Filed by Premium Financing Specialists, Inc.* (related document(s): 137 Order Scheduling Hearing). Filed by Rock Well Petroleum, Inc. (Caby, Chad) |
| 04/01/2009 | 163 | Supplemental Brief *in Support of Amended Motion for Relief from Preliminary Injunction* (related document(s): 90 Motion for Preliminary Injunction, 137 Order Scheduling Hearing). Filed by Premium Financial Specialists, Inc. (Jolley, John) |
| 04/01/2009 | 164 | Order Granting Joint Stipulation For Relief From Stay. (Related Doc # 126 ) (kae) |
| 04/01/2009 | 165 | Order Granting Motion For Order Limiting Notice And Establishing Notice Procedures. (Related Doc # 116 ) (kae) |

| 04/01/2009 | 166 | Order Granting Motion To Alter Or Amend Judgement Pursuant To FED.R.BANKR.9024 And FED.R.CIV.P.60. (Related Doc # 132 ) (kae) |
| 04/01/2009 | 167 | Order Granting Motion (Related Doc # 107 ) (klw) |
| 04/01/2009 | 168 | Withdrawal of *Powder River Energy's Objection to Payment of Secured Advances* (related document(s): 129 Generic Motion, 160 Objection). Filed by Powder River Energy Corporation (Belcher, James) |
| 04/01/2009 | 169 | BNC Certificate of Mailing - PDF Document. (related document (s): 159 Order on Application to Employ). No. of Notices: 5. Service Date 04/01/2009. (Admin.) |
| 04/02/2009 | 170 | Order Scheduling Hearing (related document(s): 113 Motionfor Approval of Engagement Procedures). Hearing scheduled for 4/30/2009 at 10:00 AM by Telephone Conference. (pfm) |
| 04/02/2009 | 171 | Order Scheduling Hearing (related document(s): 110 Omnibus Motion). Hearing scheduled for 4/30/2009 at 10:00 AM by Telephone Conference. (pfm) |
| 04/02/2009 | 172 | Exhibits From Hearing Held (related document(s): 90 Motion for Preliminary Injunction). Filed by Premium Financial Specialists, Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4) (jww) (Entered: 04/03/2009) |
| 04/02/2009 | 174 | Minutes of Hearing Held (related document(s): 90 Motion for Preliminary Injunction). (jww) (Entered: 04/03/2009) |
| 04/03/2009 | 173 | Certificate of Service *of Order Granting Motion to Adopt Cross-Border Communication Guidelines* (related document(s): 167 Order on Generic Motion). Filed by Rock Well Petroleum, Inc. (Cohen, Brent) |
| 04/03/2009 | 175 | Order Granting Joint Motion to Authorize Payment of Secure Advance. (Related Doc # 129 ) (jam) Modified on 4/3/2009 change text (dcjm). |
| 04/03/2009 | 176 | BNC Certificate of Mailing - PDF Document. (related document (s): 164 Order on Generic Motion). No. of Notices: 4. Service Date 04/03/2009. (Admin.) (Entered: 04/04/2009) |
| 04/03/2009 | 177 | BNC Certificate of Mailing - PDF Document. (related document (s): 165 Order on Motion To Limit Notice). No. of Notices: 3. Service Date 04/03/2009. (Admin.) (Entered: 04/04/2009) |

46

| 04/03/2009 | 178 | BNC Certificate of Mailing - PDF Document. (related document (s): 166 Order on Motion To Reconsider). No. of Notices: 11. Service Date 04/03/2009. (Admin.) (Entered: 04/04/2009) |
| 04/03/2009 | 179 | BNC Certificate of Mailing - PDF Document. (related document (s): 167 Order on Generic Motion). No. of Notices: 2. Service Date 04/03/2009. (Admin.) (Entered: 04/04/2009) |
| 04/04/2009 | 180 | BNC Certificate of Mailing - PDF Document. (related document (s): 170 Order Scheduling Hearing). No. of Notices: 3. Service Date 04/04/2009. (Admin.) |
| 04/04/2009 | 181 | BNC Certificate of Mailing - PDF Document. (related document (s): 171 Order Scheduling Hearing). No. of Notices: 3. Service Date 04/04/2009. (Admin.) |
| 04/05/2009 | 182 | BNC Certificate of Mailing - PDF Document. (related document (s): 175 Order on Generic Motion). No. of Notices: 4. Service Date 04/05/2009. (Admin.) |
| 04/06/2009 | 183 | Order Authorizing the Employment of Rothgerber Johnson & Lyons LLP as Counsel for Debtors. (Related Doc # 161 ) (scs) |
| 04/06/2009 | 184 | Amended Order Approving Joint Motion To Authorize Payment Of Secured Advances.(related document(s): 175 Order on Generic Motion). (kae) |
| 04/07/2009 | 185 | Response to (related document(s): 156 Motion for Relief from Stay / *Preliminary Injunction Order and Notice of Time to Object*. Fee Amount $150, filed by Creditor Atlas Copco Customer Finance USA, LLC) Filed by Rock Well Petroleum, Inc. (Caby, Chad) |
| 04/08/2009 | 186 | BNC Certificate of Mailing - PDF Document. (related document (s): 183 Order on Application to Employ). No. of Notices: 7. Service Date 04/08/2009. (Admin.) |
| 04/08/2009 | 187 | BNC Certificate of Mailing - PDF Document. (related document (s): 184 Amended Order). No. of Notices: 3. Service Date 04/08/2009. (Admin.) |
| 04/10/2009 | 188 | Order Scheduling Hearing (related document(s): 156 Motion for Relief From Preliminary Injunction filed by Atlas Copco Customer Finance). Hearing scheduled for 4/30/2009 at 10:00 AM by Telephone Conference. (pfm) |
| | | Withdrawal of *Motion for Relief From Preliminary Injunction* |

| | | |
|---|---|---|
| 04/10/2009 | 189 | *Order/Automatic Stay* (related document(s): 156 Motion for Relief From Stay). Filed by Atlas Copco Customer Finance USA, LLC (Dyekman, Gregory) |
| 04/10/2009 | 190 | Stipulated Order Granting Motion for Approval of Engagement Procedures for Bankruptcy Professionals and Establishment of Payment Procedures.(Related Doc # 113 ) (jam) |
| 04/12/2009 | 191 | BNC Certificate of Mailing - PDF Document. (related document (s): 188 Order Scheduling Hearing). No. of Notices: 3. Service Date 04/12/2009. (Admin.) |
| 04/12/2009 | 192 | BNC Certificate of Mailing - PDF Document. (related document (s): 190 Order on Generic Motion). No. of Notices: 5. Service Date 04/12/2009. (Admin.) |
| 04/13/2009 | 193 | Order Vacating Hearing Scheduled for April 30, 2009. (related document(s): 188 Order Scheduling Hearing). (kae) |
| 04/15/2009 | 194 | Omnibus Motion *to (A) Establish Procedures for Allowance of Claims and Interests; (B) Set Bar Date for Filing Proofs of Claim or Interest; (C) Approve Form, Manner and Method of Notice; (D) Appoint the Monitor as Claims Agent; and (E) Set a Hearing Thereon.* Filed on behalf of Rock Well Petroleum, Inc. by John C. Smiley, Chad S. Caby. (Attachments: # 1 Certificate of Service# 2 Rule 2002-1 Notice#, Objections due by 5/8/09. (3) Proposed/Unsigned Order) (Caby, Chad) Modified on 4/15/2009 (dcke). |
| 04/15/2009 | 195 | BNC Certificate of Mailing - PDF Document. (related document (s): 193 Order Vacating Order). No. of Notices: 2. Service Date 04/15/2009. (Admin.) |
| 04/17/2009 | 196 | 20 Largest Unsecured Creditors . Filed by Rock Well Petroleum, Inc. (Caby, Chad) |
| 04/17/2009 | 197 | Motion *to Set Exclusivity Period for the Filing of a Plan of Reorganization.* Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Certificate of Service# 2 Proposed/Unsigned Order) (Caby, Chad) |
| 04/17/2009 | 198 | Notice Pursuant to LBR 2002-1 Re: *Motion to Set Exclusivity Period for the Filing of a Plan of Reorganization* (related document(s): 197 Generic Motion). Filed by Rock Well Petroleum, Inc. Objections due by 5/1/2009. (Caby, Chad) |
| | | Order on Amended Motion for Relief on the Amended |

| 04/21/2009 | 199 | Preliminary Injunction filed by Premium Financing Specialists. (Related Doc # 90 ) (klw) |
| 04/21/2009 | 200 | Decision Regarding Premium Financing Specialists' Amended Motion For Relief On The Preliminary Injunction. (kae) |
| 04/21/2009 | 201 | Document. Filed by Interested Parties John Hoak , Bob Ferri. (kae) |
| 04/23/2009 | 203 | BNC Certificate of Mailing - PDF Document. (related document (s): 199 Order on Motion For Preliminary Injunction). No. of Notices: 1. Service Date 04/23/2009. (Admin.) (Entered: 04/24/2009) |
| 04/23/2009 | 204 | BNC Certificate of Mailing - PDF Document. (related document (s): 200 Decision and Order). No. of Notices: 1. Service Date 04/23/2009. (Admin.) (Entered: 04/24/2009) |
| 04/24/2009 | 205 | Motion for Preliminary Injunction *Relief*. Last day to file objections 5/7/09. Filed on behalf of Gases Plus Norco by Stephen R. Winship. (Attachments: # 1 Proposed/Unsigned Order # 2 Exhibit Rock Well Credit Application# 3 Exhibit Standard Terms of Sale) (Winship, Stephen) |
| 04/27/2009 | 206 | Objection to (related document(s): 110 Omnibus Motion *to (A) Approve Form, Manner, and Method of Sales of Certain Real Estate and Equipment; (B) Approve Retention of Brokers, and (C) Approve Form, Manner and Method for Providing Notice to Creditors* filed by Debtor Rock Well Petroleum, Inc.) Filed by r XOG Operating, LLC (Cottam, Dale) |
| 04/28/2009 | 207 | Omnibus Motion *to Reject Certain Unexpired Leases Pursuant to 11 U.S.C. Sec. 365*. Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 04/28/2009 | 208 | Notice Pursuant to LBR 2002-1 Re: *Debtors' First Omnibus Motion to Reject Certain Unexpired Leases Pursuant to 11 U.S.C. Sec. 365* (related document(s): 207 Generic Motion). Filed by Rock Well Petroleum, Inc. Objections due by 5/12/2009. (Caby, Chad) |
| | | Omnibus Motion For Sale of Property under Section 363(b) *(A) Authorizing Sale of Assets Free and Clear of Liens, Claims, and Interests; (B) Authorizing the Debtor to Employ Ritchie Bros. Auctioneers (America), Inc., as Auctioneers; and (C) Approving Auction Procedures for Sale of Assets*. Filed on behalf of Rock |

49

| 04/29/2009 | 209 | Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
|---|---|---|
| 04/29/2009 | 210 | Omnibus Notice Pursuant to LBR 2002-1 Re: *(A) Authorizing Sale of Assets Free and Clear of Liens, Claims, and Interests; (B) Authorizing the Debtor to Employ Ritchie Bros. Auctioneers (America), Inc., as Auctioneers; and (C) Approving Auction Procedures for Sale of Assets AND Notice of Hearing on Omnibus Motion for Order (A) Authorizing Sale of Assets Free and Clear of Liens, Claims, and Interests; (B) Authorizing the Debtor to Employ Ritchie Bros. Auctioneers (America), Inc., as Auctioneers; and (C) Approving Auction Procedures for Sale of Assets and Notice of Hearing if Objections have been filed.* (related document(s): 209 Motion for Sale of Property under Section 363(b)). Filed by Rock Well Petroleum, Inc. Objections due by 5/22/2009. (Caby, Chad) Modified on 5/4/2009 (dcke). |
| 04/30/2009 | 211 | Notice re:*Disclosure Pursuant to Rule 2019*. Filed by Gases Plus Norco, Automation & Electronics, Inc. (Winship, Stephen) |
| 04/30/2009 | 212 | Motion to Appear pro hac vice for Sharon M. Lewonski. Filed on behalf of Sandvik Customer Finance, LLC by Lawrence J. Wolfe. (Attachments: # 1 Proposed/Unsigned Order) (jeb) |
| 04/30/2009 | 213 | Minutes of Hearing Held (related document(s): 110 Generic Motion). (jww) (Entered: 05/01/2009) |
| 05/01/2009 | 214 | Objection to *Rock Wells' motion to set exclusivity period to file plan* (related document(s): 197 Generic Motion). Filed by Powder River Energy Corporation (Belcher, James) |
| 05/01/2009 | 215 | Notice of Appearance and Request for Notice by Sarah J. Risken, Jeremy M. Downs, Counsel for HUB International Limited. Modified on 5/1/2009 (dcke). |
| 05/04/2009 | 216 | Motion For Sale of Property under Section 363(b) *of Certain Oil and Gas Leases to North Finn, LLC.* Filed on behalf of Rock Well Petroleum, Inc. by Brent R. Cohen. (Attachments: # 1 Proposed/Unsigned Order) (Cohen, Brent) |
| 05/04/2009 | 217 | Notice Pursuant to LBR 2002-1 Re: *Motion for Order Authorizing Sale of Certain Oil and Gas Leases to North Finn, LLC* (related document(s): 216 Motion for Sale of Property under Section 363(b)). Filed by Rock Well Petroleum, Inc. Objections due by 5/27/2009. (Cohen, Brent) |
| | | Response to (related document(s): 205 Motion for Preliminary |

| | | |
|---|---|---|
| 05/04/2009 | 218 | Injunction *Relief* filed by Creditor Gases Plus Norco) Filed by Rock Well Petroleum, Inc. (Attachments: # 1 Exhibit A, Part 2# 2 Exhibit A, Part 3) (Cohen, Brent) |
| 05/05/2009 | 219 | Order Scheduling Hearing (related document(s): 197 Motio to Set Exclusivity Period for the Filing of a Plan). Hearing scheduled for 5/21/2009 at 08:30 AM by Telephone Conference. (pfm) |
| 05/05/2009 | 220 | Order Granting Motion To Appear pro hac vice for Sharon M. Lewonski. (Related Doc # 212 ) (kae) |
| 05/06/2009 | 221 | Status Report *Regarding Omnibus Sale Motion*. Filed by Rock Well Petroleum, Inc. (Related Document(s): 110 Omnibus Motion) (Cohen, Brent) Modified on 5/6/2009 to add docket entry relationship (dcjb). |
| 05/07/2009 | 222 | Notice re:*Filing Monitor's Report (Third Report)*. Filed by Ernst & Young, Inc. (Attachments: # 1 Exhibit Third Report and Appendix A and B# 2 Exhibit Third Report Appendix C# 3 Exhibit Third Report Appendix D) (Smiley, John) |
| 05/07/2009 | 223 | Notice re:*Filing Monitor's Report (Fourth Report)*. Filed by Ernst & Young, Inc. (Attachments: # 1 Exhibit Fourth Report of the Monitor) (Smiley, John) |
| 05/07/2009 | 224 | Proposed Order/Stipulated Order *Granting Omnibus Motion to (A) Approve Form, Manner and Method of Sales of Certain Real Estate and Equipment; (B) Approve Retention of Brokers; and (C) Approve Form, Manner and Method for Providing Notice to Creditors* (related document(s): 110 Generic Motion). Filed by Rock Well Petroleum, Inc. (Caby, Chad) Modified on 5/7/2009 per phone call w/ atty (dcjm). |
| 05/07/2009 | 225 | BNC Certificate of Mailing - PDF Document. (related document (s): 219 Order Scheduling Hearing). No. of Notices: 3. Service Date 05/07/2009. (Admin.) |
| 05/07/2009 | 226 | BNC Certificate of Mailing - PDF Document. (related document (s): 220 Order on Motion to Appear pro hac vice). No. of Notices: 6. Service Date 05/07/2009. (Admin.) |
| 05/08/2009 | 227 | Response to (related document(s): 201 Document filed by Interested Party Bob Ferri, Interested Party John Hoak) *Response to Request of Former Employees* Filed by Rock Well Petroleum, Inc. (Cohen, Brent) |
| | | Proposed Order *Stipulated Order Approving Joint Omnibus* |

| 05/08/2009 | 228 | *Motion to (A) Establish Procedures for Allowance of Claims and Interests; (B) Set Bar Date for Filing Proofs of Claim or Interest; (C) Approve Form,* (related document(s): 194 Generic Motion). Filed by Rock Well Petroleum, Inc. (Caby, Chad) |
|---|---|---|
| 05/11/2009 | 229 | Order Scheduling Hearing (related document(s): 205 Motion for Preliminary Injunction filed by Gases Plus Norco). Hearing scheduled for 5/21/2009 at 08:30 AM by Telephone Conference. (pfm) |
| 05/13/2009 | 230 | Notice of Appearance and Request for Notice Filed by State of Louisiana - Department of Natural Resources (Seidemann, Ryan) |
| 05/13/2009 | 231 | BNC Certificate of Mailing - PDF Document. (related document (s): 229 Order Scheduling Hearing). No. of Notices: 3. Service Date 05/13/2009. (Admin.) |
| 05/14/2009 | 232 | Order Granting Debtors' First Omnibus Motion to Reject Certain Unexpired Leases Pursuant to 11 U.S.C. Sec. 365. (Related Doc # 207 Omnibus Motion to Reject Certain Unexpired Leases Pursuant to 11 U.S.C. Sec. 365) (scs) |
| 05/14/2009 | 233 | Order Granting Omnibus Motion to (A) Approve Form, Manner, and Method of Sales of Certain Real Estate and Equipment; (B) Approve Retention of Brokers, and (C) Approve Form, Manner and Method for Providing Notice to Creditors. (Related Doc # 110 ) (jam) Additional attachment(s) added on 5/14/2009 (dcjm). |
| 05/14/2009 | 234 | Clerk's Certificate of Service (related document(s): 233 Order on Generic Motion). (jam) |
| 05/15/2009 | 235 | Motion For Sale of Property under Section 363(b) *of Drilling Equipment.* Filed on behalf of Rock Well Petroleum, Inc. by Brent R. Cohen. (Attachments: # 1 Proposed/Unsigned Order) (Cohen, Brent) |
| 05/15/2009 | 236 | Notice Pursuant to LBR 2002-1 Re: *Motion for Order Authorizing Sale of Drilling Equipment* (related document(s): 235 Motion for Sale of Property under Section 363(b)). Filed by Rock Well Petroleum, Inc. Objections due by 6/8/2009. (Cohen, Brent) |
| | | SUA SPONTE RESPONSE TO THE JOINT OMNIBUS MOTION TO (A) ESTABLISH PROCEDURES FOR ALLOWANCE OF CLAIMS AND INTERESTS; (B) SET BAR DATE FOR FILING PROOFS OF CLAIM OR INTEREST; (C) APPROVE FORM, MANNER AND METHOD OF NOTICE; AND (D) APPOINT THE MONITOR AS CLAIMS AGENT. |

52

| 05/15/2009 | 237 | (Related document(s): 194 Omnibus Motion to (A) Establish Procedures for Allowance of Claims and Interests; (B) Set Bar Date for Filing Proofs of Claim or Interest; (C) Approve Form, Manner and Method of Notice; (D) Appoint the Monitor as Claims Agent; and (E) Set a Hearing Thereon). (scs) |
|---|---|---|
| 05/16/2009 | 238 | BNC Certificate of Mailing - PDF Document. (related document (s): 232 Order on Generic Motion). No. of Notices: 7. Service Date 05/16/2009. (Admin.) |
| 05/16/2009 | 239 | BNC Certificate of Mailing - PDF Document. (related document (s): 234 Clerks Certificate of Service). No. of Notices: 3. Service Date 05/16/2009. (Admin.) |
| 05/17/2009 | 240 | BNC Certificate of Mailing - PDF Document. (related document (s): 237 Order (Generic)). No. of Notices: 3. Service Date 05/17/2009. (Admin.) |
| 05/18/2009 | 241 | Notice of Appearance and Request for Notice by John A. Coppede. Filed by on behalf of Ritchie Bros. Auctioneers (Coppede, John) |
| 05/19/2009 | 242 | Motion to Continue Hearing On *Preliminary Injunction* (related document(s): 229 Order Scheduling Hearing). Filed on behalf of Gases Plus Norco by Stephen R. Winship. (Winship, Stephen) |
| 05/20/2009 | 243 | Order Rescheduling Hearing (related document(s): 205 Motion for Preliminary Injunction filed by Gases Plus Norco, 242 Motion to Continue/Reschedule Hearing). Hearing rescheduled for 6/4/2009 at 08:30 AM by Telephone Conference. (pfm) |
| 05/20/2009 | 244 | Notice of Appearance and Request for Notice by James R. Salisbury. Filed by on behalf of Bob Ferri, John Hoak (Attachments: # 1 List of 20 Largest Creditors) (Salisbury, James) |
| 05/20/2009 | 245 | Motion to Appear pro hac vice - *Eric Liebman*. Filed on behalf of Bob Ferri, John Hoak by James R. Salisbury. (Attachments: # 1 Declaration of Eric B. Liebman in Support of Motion to Appear pro hac vice# 2 List of 20 Largest Creditors # 3 Proposed/Unsigned Order) (Salisbury, James) |
| 05/20/2009 | 246 | Motion for Relief from Stay *and Notice of Time to Object*. Fee Amount $150,. Filed on behalf of Atlas Copco Customer Finance USA, LLC by Gregory C. Dyekman. LBR 4001 Last Day to Object to Relief of Stay: 6/2/2009. (Attachments: # 1 Proposed/Unsigned Order) (Dyekman, Gregory) |

| 05/20/2009 | 247 | Receipt of Motion for Relief From Stay(08-20802) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number 804561. Fee amount 150.00. (U.S. Treasury) |
|---|---|---|
| 05/20/2009 | 248 | Proposed Order *and Proposed Notice of Order Establishing Bar Date for Filing of Proofs of Claim or Interest, and Form of "Proof of Claim" Submission* (related document(s): 194 Generic Motion). Filed by Ernst & Young, Inc. (Attachments: # 1 Proposed/Unsigned Order Order Approving Joint Omnibus Motion to (A) Establish Procedures for Allowance of Claims and Interests; (B) Set Bar Date for Filing Proofs of Claim or Interest; (C) Approve Form, Manner and Method of Notice; and (D) Appoint the Monitor as Claims Agent# 2 Exhibit Redlined Proposed Order and Notice) (Smiley, John) |
| 05/20/2009 | 249 | Exhibit (related document(s): 246 Motion for Relief From Stay). Filed by Atlas Copco Customer Finance USA, LLC (Dyekman, Gregory) |
| 05/20/2009 | 250 | Certificate of Service (related document(s): 246 Motion for Relief From Stay). Filed by Atlas Copco Customer Finance USA, LLC (Dyekman, Gregory) |
| 05/21/2009 | 251 | Order Granting Motion To Appear pro hac vice for Eric B Liebman (Related Doc # 245 ) (klw) |
| 05/21/2009 | 252 | Clerk's Certificate of Service (related document(s): 251 Order on Motion to Appear pro hac vice). (klw) |
| 05/21/2009 | 253 | Objection to (related document(s): 209 Omnibus Motion For Sale of Property under Section 363(b) *(A) Authorizing Sale of Assets Free and Clear of Liens, Claims, and Interests; (B) Authorizing the Debtor to Employ Ritchie Bros. Auctioneers (America), Inc., as Auctioneers; and (C) Approving filed by Debtor Rock Well Petroleum, Inc. 210 Notice) Filed by Media Solutions International (scs)* |
| 05/21/2009 | 254 | Objection to (related document(s): 209 Motion for Sale of Property under Section 363(b)). Filed by Powder River Energy Corporation (Attachments: # 1 Exhibit A (Rock Well letter to shareholders)# 2 Exhibit B (BT&T management and relationship to Rock Well)) (Belcher, James) |
| 05/21/2009 | 255 | Objection to (related document(s): 216 Motion for Sale of Property under Section 363(b)). Filed by Powder River Energy Corporation (Attachments: # 1 Exhibit A (Rock Well letter to shareholders)# 2 Exhibit B (BT&T Management and relationship to Rock Well)) (Belcher, James) |

| 05/22/2009 | 256 | Response to (related document(s): 246 Motion for Relief from Stay *and Notice of Time to Object*. Fee Amount $150, filed by Creditor Atlas Copco Customer Finance USA, LLC) Filed by Rock Well Petroleum, Inc. (Caby, Chad) |
| 05/22/2009 | 257 | Notice of Appearance and Request for Notice *by Eric B. Liebman* by James R. Salisbury. Filed by on behalf of Bob Ferri, John Hoak (Salisbury, James) |
| 05/22/2009 | 258 | Minutes of Hearing Held: Order (related document(s): 197 Generic Motion. (klw) Modified on 5/22/2009 to modify text (dckw). |
| 05/22/2009 | 259 | Objection to (related document(s): 209 Motion for Sale of Property under Section 363(b)). Filed by Caterpillar Financial Services Corporation (Patton, John) |
| 05/22/2009 | 260 | Objection to (related document(s): 209 Omnibus Motion For Sale of Property under Section 363(b) *(A) Authorizing Sale of Assets Free and Clear of Liens, Claims, and Interests; (B) Authorizing the Debtor to Employ Ritchie Bros. Auctioneers (America), Inc., as Auctioneers; and (C) Approving filed by Debtor Rock Well Petroleum, Inc.) Filed by Bob Ferri, John Hoak (Salisbury, James)* |
| 05/22/2009 | 261 | BNC Certificate of Mailing - PDF Document. (related document (s): 243 Order Scheduling Hearing). No. of Notices: 3. Service Date 05/22/2009. (Admin.) |
| 05/23/2009 | 262 | BNC Certificate of Mailing - PDF Document. (related document (s): 251 Order on Motion to Appear pro hac vice). No. of Notices: 23. Service Date 05/23/2009. (Admin.) |
| 05/23/2009 | 263 | BNC Certificate of Mailing - PDF Document. (related document (s): 252 Clerks Certificate of Service). No. of Notices: 1. Service Date 05/23/2009. (Admin.) |
| 05/24/2009 | 264 | BNC Certificate of Mailing - PDF Document. (related document (s): 258 Minutes of Proceedings (Order)). No. of Notices: 588. Service Date 05/24/2009. (Admin.) |
| 05/26/2009 | 265 | Order Scheduling Evidentiary Hearing (related document(s): 197 Motion to Set Exclusivity Period for the Filing of a Plan of Reorganization). Hearing scheduled for 6/17/2009 at 09:30 AM at 2120 Capitol Avenue, Bankruptcy Courtroom, 8th Floor, Cheyenne, WY 82001. (pfm) |

| 05/28/2009 | 266 | BNC Certificate of Mailing - PDF Document. (related document (s): 265 Order Scheduling Hearing). No. of Notices: 3. Service Date 05/28/2009. (Admin.) |
|---|---|---|
| 05/29/2009 | 267 | Motion *to Consolidate any Hearings Set on Pending Motions and Objections Thereto With Evidentiary Hearing Set for June 17, 2009 at 9:30 a.m.* (related document(s): 265 Order Scheduling Hearing). Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 05/29/2009 | 268 | Order Scheduling Hearing (related document(s): 246 Motion for Relief From Stay filed by Atlas Copco Customer Finance). Hearing scheduled for 6/12/2009 at 09:00 AM by Telephone Conference. (pfm) |
| 05/29/2009 | 269 | Order Scheduling Hearing (related document(s): 216 Motion for Sale of Property under Section 363(b) regarding oil and gas leases of North Finn). Hearing scheduled for 6/12/2009 at 09:30 AM by Telephone Conference. (pfm) |
| 05/29/2009 | 270 | Motion *for Order Approving Adequate Protection Agreement.* Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 05/29/2009 | 271 | Notice Pursuant to LBR 4001-1 *of Debtors' Motion for Order Approving Adequate Protection Agreement.* Filed by Rock Well Petroleum, Inc. LBR 4001 Last Day to Object to Relief of Stay: 6/15/2009. (Caby, Chad) |
| 05/29/2009 | 272 | Notice of Appearance and Request for Notice by Howard V. Scotland III. Filed by on behalf of Ritchie Bros. Auctioneers (Scotland III, Howard) |
| 05/29/2009 | 273 | Motion *to Allow Attendance at Hearing* (related document(s): 243 Order Scheduling Hearing). Filed on behalf of Ritchie Bros. Auctioneers by Howard V. Scotland III. (Attachments: # 1 Proposed/Unsigned Order) (Scotland III, Howard) |
| 05/31/2009 | 274 | BNC Certificate of Mailing - PDF Document. (related document (s): 268 Order Scheduling Hearing). No. of Notices: 3. Service Date 05/31/2009. (Admin.) |
| 05/31/2009 | 275 | BNC Certificate of Mailing - PDF Document. (related document (s): 269 Order Scheduling Hearing). No. of Notices: 3. Service Date 05/31/2009. (Admin.) |

| | | |
|---|---|---|
| 06/01/2009 | 276 | Motion to Sell Property Free and Clear of Liens *(Roadheaders)*. Filed on behalf of Rock Well Petroleum, Inc. by Brent R. Cohen. LBR 2002 Objection Deadline: 6/24/2009. (Attachments: # 1 Proposed/Unsigned Order granting Motion# 2 Proposed/Unsigned Order authorizing sale) (Cohen, Brent) |
| 06/01/2009 | 277 | Notice Pursuant to LBR 2002-1 Re: *Motion for Order (A) Authorizing Sale of Roadheaders Free and Clear of Liens, Claims and Interests; (B) Authorizing the Debtors to Conduct an Auction; and (C) Approving Auction Procedures for Sale of Assets* (related document(s): 276 Motion to Sell Property Free and Clear of Liens). Filed by Rock Well Petroleum, Inc. Objections due by 6/24/2009. (Cohen, Brent) |
| 06/01/2009 | 278 | Motion *to Shorten Notice for Motion for Order to Sell Property* (related document(s): 276 Motion to Sell Property Free and Clear of Liens, 277 Notice Pursuant to LBR 2002-1). Filed on behalf of Rock Well Petroleum, Inc. by Brent R. Cohen. (Attachments: # 1 Proposed/Unsigned Order) (Cohen, Brent) |
| 06/01/2009 | 279 | Certificate of Service (related document(s): 276 Motion to Sell Property Free and Clear of Liens, 277 Notice Pursuant to LBR 2002-1, 278 Generic Motion). Filed by Rock Well Petroleum, Inc. (Cohen, Brent) |
| 06/03/2009 | 280 | Withdrawal of *Motion for Relief From Preliminary Injunction* (related document(s): 205 Motion for Preliminary Injunction). Filed by Gases Plus Norco (Winship, Stephen) |
| 06/03/2009 | 281 | Order Granting Ritchie Bros. Auctioneers Motion to Allow Attendance at Hearing (Related Doc # 273 ) (jam) |
| 06/03/2009 | 282 | Order Granting Joint Omnibus Motion to (A) Establish Procedures for Allowance of Claims and Interests; (B) Set Bar Date for Filing Proofs of Claim or Interest; (C) Approve Form, Manner and Method of Notice; (D) Appoint the Monitor as Claims Agent(Related Doc # 194 ) (jam) |
| 06/04/2009 | 283 | Minutes of Hearing Held (related document(s): 209 Motion for Sale of Property under Section 363(b)). (kae) |
| 06/05/2009 | 284 | Order Granting Motion To Consolidate Any Hearings On Pending Motions And Objections Thereto With Evidentiary Hearing Set For June 17, 2009 At 9:30A.M.(Related Doc # 267 ) (kae) |
| | | Order Rescheduling Hearing (related document(s): 246 Motion |

| 06/05/2009 | 285 | for Relief From Stay filed by Atlas Copco Customer Fianance). Hearing scheduled for 6/11/2009 at 10:30 AM by Telephone Conference. (pfm) |
|---|---|---|
| 06/05/2009 | 286 | Order Rescheduling Hearing (related document(s): 216 Motion for Sale of Property under Section 363(b)ergarding North Fin). Hearing rescheduled for 6/11/2009 at 10:30 AM by Telephone Conference. (pfm) |
| 06/05/2009 | 287 | Order Scheduling Evidentiary Hearing (related document(s): 209 Motion for Sale of Property under Section 363(b)). Hearing scheduled for 6/17/2009 at 09:30 AM at 2120 Capitol Avenue, Bankruptcy Courtroom, 8th Floor, Cheyenne, WY 82001. (kae) |
| 06/05/2009 | 288 | Clerk's Certificate of Service to James Curry. (related document (s): 287 Order Scheduling Hearing). (kae) |
| 06/05/2009 | 289 | Emergency Motion to Set Hearing *on Motion for Order Approving Auction Procedures for Sale of Assets* (related document(s): 209 Motion for Sale of Property under Section 363 (b)). Filed on behalf of Rock Well Petroleum, Inc. by Brent R. Cohen. (Attachments: # 1 Proposed/Unsigned Order) (Cohen, Brent) |
| 06/05/2009 | 290 | Adversary case 09-02014. ADVERSARY COMPLAINT - Nature of Suit (91 (Declaratory judgment)) - by Plaintiff(s) John Hoak, Robert P Ferri against Defendant(s) Rock Well Petroleum, Inc.. Fee Amount $250. (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Salisbury, James) |
| 06/05/2009 | 291 | Motion to Continue Hearing On (related document(s): 216 Motion for Sale of Property under Section 363(b)). Filed on behalf of Powder River Energy Corporation by James R. Belcher. (Belcher, James) |
| 06/05/2009 | 292 | BNC Certificate of Mailing - PDF Document. (related document (s): 281 Order on Generic Motion). No. of Notices: 4. Service Date 06/05/2009. (Admin.) |
| 06/05/2009 | 293 | BNC Certificate of Mailing - PDF Document. (related document (s): 282 Order on Generic Motion). No. of Notices: 588. Service Date 06/05/2009. (Admin.) |
| | | Order Rescheduling Hearing (related document(s): 216 Motion for Sale of Property under Section 363(b) regarding North Finn, 291 Motion to Continue/Reschedule Hearing). Hearing rescheduled for 6/17/2009 at 09:30 AM at 2120 Capitol Avenue, |

58

| 06/06/2009 | 294 | Bankruptcy Courtroom, 8th Floor, Cheyenne, WY 82001. (pfm) |
|---|---|---|
| 06/07/2009 | 295 | BNC Certificate of Mailing - PDF Document. (related document (s): 284 Order on Generic Motion). No. of Notices: 18. Service Date 06/07/2009. (Admin.) |
| 06/07/2009 | 296 | BNC Certificate of Mailing - PDF Document. (related document (s): 285 Order Scheduling Hearing). No. of Notices: 3. Service Date 06/07/2009. (Admin.) |
| 06/07/2009 | 297 | BNC Certificate of Mailing - PDF Document. (related document (s): 286 Order Scheduling Hearing). No. of Notices: 3. Service Date 06/07/2009. (Admin.) |
| 06/07/2009 | 298 | BNC Certificate of Mailing - PDF Document. (related document (s): 287 Order Scheduling Hearing). No. of Notices: 4. Service Date 06/07/2009. (Admin.) |
| 06/07/2009 | 299 | BNC Certificate of Mailing - PDF Document. (related document (s): 288 Clerks Certificate of Service). No. of Notices: 561. Service Date 06/07/2009. (Admin.) |
| 06/08/2009 | 300 | Order Regarding Compliance With Rules re: (related document (s): 253 Objection to Debtor's Omnibus Motion filed by Media Solutions). (klw) Modified on 6/8/2009 to modify text.(dckw). |
| 06/08/2009 | 301 | Order Granting Motion Requesting An Emergency Hearing On Motion For Order Approving Auction Procedures For Sale Of Assets. (Related Doc # 289 ) Hearing scheduled for 6/10/2009 at 01:30 PM at 2120 Capitol Avenue, Bankruptcy Courtroom, 8th Floor, Cheyenne, WY 82001. (kae) |
| 06/08/2009 | 302 | Corrected Motion For Sale of Property under Section 363(b) , *(f) and (m) of the Bankruptcy Code* Re: 209 (A) Authorizing Sale of Assets Free and Clear of Liens, Claims, and Interests. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) Modified on 6/9/2009 (dcke). |
| 06/08/2009 | 303 | Corrected Motion *for Order Approving Auction Procedures for Sale of Assets* (related document(s): 209 Motion for Sale of Property under Section 363(b)). Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) Modified on 6/9/2009 (dcke). |
| | | Corrected Application to Employ Ritchie Bros. Auctioneers (America), Inc. as Auctioneers *Pursuant to 11 U.S.C. § 327(a) of* |

| 06/08/2009 | 304 | *the Bankruptcy Code.* Re: 209 Authorizing the Debtor to Employ Ritchie Bros. Auctioneers (America), Inc., as Auctioneers. Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) Modified on 6/9/2009 (dcke). |
|---|---|---|
| 06/08/2009 | 305 | Notice re:*Order Establishing Bar Date for Filing Proofs of Claim or Interest* (related document(s): 282 Order on Generic Motion). Filed by Ernst & Young, Inc. (Smiley, John) |
| 06/08/2009 | 306 | Certificate of Service *re Notice of Order Establishing Bar Date for Filing Proofs of Claim or Interest* (related document(s): 305 Notice). Filed by Ernst & Young, Inc. (Smiley, John) |
| 06/08/2009 | 307 | Notice re:*Submission of Schedules (Greybull Petroleum LLC)* (related document(s): 282 Order on Generic Motion). Filed by Ernst & Young, Inc. (Attachments: # 1 Exhibit Greybull Petroleum LLC Schedules D, E, F, and G) (Smiley, John) |
| 06/08/2009 | 308 | Notice re:*Submission of Schedules (Jones Draw Petroleum LLC)* (related document(s): 282 Order on Generic Motion). Filed by Ernst & Young, Inc. (Attachments: # 1 Exhibit Schedules D, E, F, and G) (Smiley, John) |
| 06/08/2009 | 309 | Notice re:*Submission of Schedules (Osage Petroleum LLC)* (related document(s): 282 Order on Generic Motion). Filed by Ernst & Young, Inc. (Attachments: # 1 Exhibit Schedules D, E, F, and G) (Smiley, John) |
| 06/08/2009 | 310 | Notice re:*Submission of Schedules (Poison Spider Petroleum LLC)* (related document(s): 282 Order on Generic Motion). Filed by Ernst & Young, Inc. (Attachments: # 1 Exhibit Schedules D, E, F, and G) (Smiley, John) |
| 06/08/2009 | 311 | Notice re:*Submission of Schedules (RWP International & Structured Products LLC)* (related document(s): 282 Order on Generic Motion). Filed by Ernst & Young, Inc. (Attachments: # 1 Exhibit Schedules D, E, F, and G) (Smiley, John) |
| 06/08/2009 | 312 | Notice re:*Submission of Schedules (Rock Well Petroleum (US) Inc)* (related document(s): 282 Order on Generic Motion). Filed by Ernst & Young, Inc. (Attachments: # 1 Exhibit Schedules D, E, F, and G) (Smiley, John) |
| | | Certificate of Service *re Submission of Schedules* (related document(s): 307 Notice, 308 Notice, 309 Notice, 310 Notice, 311 Notice, 312 Notice). Filed by Ernst & Young, Inc. (Smiley, |

| | | |
|---|---|---|
| 06/08/2009 | 313 | John) |
| 06/09/2009 | 314 | Motion to Vacate *Hearing and Objection to Motion requesting Emergency Hearing on Motion for Order Approving Auction Procedures for Sale of Assets* (related document(s): 301 Order on Motion To Set Hearing). Filed on behalf of Bob Ferri, John Hoak by Eric B Liebman, James R. Salisbury. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Salisbury, James) |
| 06/09/2009 | 315 | Certificate of Service *for Order Granting Motion Requesting an Emergency Hearing on Motion for Order Approving Auction Procedures for Sale of Assets* (related document(s): 301 Order on Motion To Set Hearing). Filed by Rock Well Petroleum, Inc. (Caby, Chad) |
| 06/09/2009 | 316 | Supplemental Motion to Vacate *Hearing and Objection to Motion requesting Emergency Hearing on Motion for Order Approving Auction Procedures for Sale of Assets* (related document(s): 314 Motion to Vacate). Filed on behalf of Bob Ferri, John Hoak by Eric B Liebman, James R. Salisbury. (Salisbury, James) |
| 06/10/2009 | 317 | Stipulation By Bob Ferri, John Hoak and *Debtors to Allow Testimony by Telephone*.. Filed by Bob Ferri, John Hoak (Salisbury, James) |
| 06/10/2009 | 318 | Order Granting Motion For Sale of Drilling Equipment, under Section 363(b) (Related Doc # 235 ) (klw) |
| 06/10/2009 | 319 | Order Granting Motion For Order Approving Auction Procedures For Sale Of Assets. (Related Doc # 209 ) 303 Corrected Motion for Order Approving Auction Procedures for Sale of Assets. Modified on 6/12/2009 (dcke). |
| 06/10/2009 | 320 | BNC Certificate of Mailing - PDF Document. (related document (s): 294 Order Scheduling Hearing). No. of Notices: 3. Service Date 06/10/2009. (Admin.) |
| 06/10/2009 | 321 | BNC Certificate of Mailing - PDF Document. (related document (s): 300 Order Regarding Compliance With Rules). No. of Notices: 1. Service Date 06/10/2009. (Admin.) |
| 06/10/2009 | 322 | BNC Certificate of Mailing - PDF Document. (related document (s): 301 Order on Motion To Set Hearing). No. of Notices: 2. Service Date 06/10/2009. (Admin.) |
| | | Exhibits From Hearing Held (related document(s): 209 Motion for Sale of Property under Section 363(b)). Filed by Bob Ferri , |

| 06/10/2009 | 325 | John Hoak (Attachments: # 1 Exhibit 2# 2 Exhibit 3# 3 Exhibit C) (jww) (Entered: 06/11/2009) |
|---|---|---|
| 06/10/2009 | 326 | Exhibit From Hearing Held (related document(s): 209 Motion for Sale of Property under Section 363(b)). Filed by Rock Well Petroleum, Inc. (Attachments: # 1 Exhibit 1) (jww) (Entered: 06/11/2009) |
| 06/10/2009 | 329 | Minutes of Hearing Held (related document(s): 289 Motion to Set Hearing). (jww) (Entered: 06/11/2009) |
| 06/10/2009 | 330 | Minutes of Hearing Held (related document(s): 209 Motion for Sale of Property under Section 363(b), 302 Motion for Sale of Property under Section 363(b)). (jww) (Entered: 06/11/2009) |
| 06/11/2009 | 323 | Motion For Sale of Property under Section 363(b) *for Order Authorizing Sale of Underground Haul Trucks*. Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 06/11/2009 | 324 | Notice of Proposed Use, Sale or Lease of Property Outside of the Normal Course of Business *Authorizing Sale of Underground Haul Trucks*. Filed by Rock Well Petroleum, Inc. Last Day to File Objections 7/6/09 (Caby, Chad) Modified on 6/11/2009 (dcjm). |
| 06/11/2009 | 327 | Proposed Order *Denying Motion for Relief Filed by Atlas Copco Customer Finance USA, LLC* (related document(s): 246 Motion for Relief From Stay). Filed by Rock Well Petroleum, Inc. (Caby, Chad) |
| 06/11/2009 | 328 | Order Granting Application to Employ Ritchie Bros. Auctioneers (Related Doc # 304 ), Granting Motion For Sale of Property under Section 363(b) (Related Doc # 209 ). (kae) |
| 06/11/2009 | 331 | Order Authorizing Sale Of Assets Free And Clear Of Liens, Claims And Interests Pursuant To 11 U.S.C. $363(b), (f), And (m) Of The Bankruptcy Code. (Related Doc # 302 ) Corrected Motion For Sale of Property under Section 363(b),(f) and (m) of the Bankruptcy Code Re: 209 (A) Authorizing Sale of Assets Free and Clear of Liens, Claims, and Interests. Modified on 6/11/2009 (dcke). |
| 06/11/2009 | 332 | Minutes of Hearing Held (related document(s): 246 Motion for Relief From Stay). (jww) |
| | | Joinder in *Debtors' Motion to Set Exclusivity Period for the Filing of a Plan of Reorganization* (related document(s): 197 Generic |

| 06/12/2009 | 333 | Motion) (related document(s): 197 Generic Motion). Filed by Ernst & Young, Inc. (Smiley, John) |
|---|---|---|
| 06/12/2009 | 334 | Joinder in *Debtors' Omnibus Motion for Order (A) Authorizing Sale of Assets Free and Clear of Liens, Claims and Interests; (B) Authorizing the Debtor to Employ Ritchie Bros. Auctioneers (America), Inc., as Auctioneers; and (C) Approving Auction Procedures for Sale of Assets* (related document(s): 209 Motion for Sale of Property under Section 363(b)) (related document(s): 209 Motion for Sale of Property under Section 363(b)). Filed by Ernst & Young, Inc. (Smiley, John) |
| 06/12/2009 | 335 | Joinder in *Debtors' Motion for Order Authorizing Sale of Certain Oil and Gas Leases to North Finn, LLC* (related document(s): 216 Motion for Sale of Property under Section 363(b)) (related document(s): 216 Motion for Sale of Property under Section 363 (b)). Filed by Ernst & Young, Inc. (Smiley, John) |
| 06/12/2009 | 336 | Joinder in *Debtors' Motion for Order Authorizing Sale of Drilling Equipment* (related document(s): 235 Motion for Sale of Property under Section 363(b)) (related document(s): 235 Motion for Sale of Property under Section 363(b)). Filed by Ernst & Young, Inc. (Smiley, John) |
| 06/12/2009 | 337 | Order Vacating Hearing Scheduled for June 17, 2009. (related document(s): 209 Omnibus Motion For Sale of Property under Section 363(b) (A) Authorizing Sale of Assets Free and Clear of Liens, Claims, and Interests; (B) Authorizing the Debtor to Employ Ritchie Bros. Auctioneers (America), Inc., as Auctioneers; and (C) Approving Auction Procedures for Sale of Assets. (kae) |
| 06/12/2009 | 338 | Motion For Sale of Property under Section 363(b) *Authorizing Sale of DDM Mecca Service Tool and Accessories*. Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 06/12/2009 | 339 | Notice of Proposed Use, Sale or Lease of Property Outside of the Normal Course of Business *Sale of DDM Mecca Service Tool and Accessories - last day to file objection is Monday, July 6, 2009*. Filed by Rock Well Petroleum, Inc. (Caby, Chad) |
| 06/12/2009 | 340 | BNC Certificate of Mailing - PDF Document. (related document (s): 318 Order on Motion for Sale of Property under Section 363 (b)). No. of Notices: 3. Service Date 06/12/2009. (Admin.) |
| | | BNC Certificate of Mailing - PDF Document. (related document (s): 319 Order on Motion for Sale of Property under Section 363 |

| 06/12/2009 | 341 | (b)). No. of Notices: 5. Service Date 06/12/2009. (Admin.) |
| 06/13/2009 | 342 | BNC Certificate of Mailing - PDF Document. (related document (s): 328 Order on Application to Employ). No. of Notices: 18. Service Date 06/13/2009. (Admin.) |
| 06/13/2009 | 343 | BNC Certificate of Mailing - PDF Document. (related document (s): 331 Order on Motion for Sale of Property under Section 363 (b)). No. of Notices: 10. Service Date 06/13/2009. (Admin.) |
| 06/14/2009 | 344 | BNC Certificate of Mailing - PDF Document. (related document (s): 337 Order Vacating Order). No. of Notices: 7. Service Date 06/14/2009. (Admin.) |
| 06/15/2009 | 345 | Notice re:*Filing Monitor's Report (Amended Fifth Report)*. Filed by Ernst & Young, Inc. (Attachments: # 1 Exhibit Amended Fifth Report of the Monitor and Appendix 1-5# 2 Exhibit Appendix 6-11 to Amended Fifth Report of the Monitor) (Smiley, John) |
| 06/15/2009 | 346 | Notice of Appearance and Request for Notice *and Reservation of Rights* by Craig A. Christensen. Filed by on behalf of Ernst & Young, Inc. (Christensen, Craig) |
| 06/15/2009 | 347 | Motion *to Alter or Amend Courts Order Vacating June 17, 2009 Evidentiary Hearing on Omnibus Motion for Order (A) Authorizing Sale of Assets Free and Clear of Liens, Claims and Interests; (B) Authorizing the Debtor to Employ Ritchie Bros. Auctioneers (America), Inc. as Auctioneers; and (C) Approving Auction Procedures for Sale of Assets* (related document(s): 337 Order Vacating Order). Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 06/16/2009 | 348 | Motion to Appear pro hac vice - *James T. Burghardt*. Filed on behalf of Bob Ferri, John Hoak by James R. Salisbury. (Attachments: # 1 Declaration of James T. Burghardt in Support of Motion to Appear pro hac vice# 2 Proposed/Unsigned Order) (Salisbury, James) |
| 06/16/2009 | 349 | Motion to Appear pro hac vice - *Scott R. Bauer*. Filed on behalf of Bob Ferri, John Hoak by James R. Salisbury. (Attachments: # 1 Declaration of Scott R. Bauer in Support of Motion to Appear pro hac vice# 2 Proposed/Unsigned Order) (Salisbury, James) |
| | | Brief *in Support of Certain Sale Motions Set for an Evidentiary Hearing on June 17, 2009* (related document(s): 287 Order Scheduling Hearing). Filed by Rock Well Petroleum, Inc. (Caby, |

64

| 06/16/2009 | 350 | Chad) |
|---|---|---|
| 06/16/2009 | 351 | Corrected Motion For Sale of Property under Section 363(b) *Authorizing Sale of Roadheaders Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. Section 363(b), (f) and (m) of the Bankruptcy Code.* Re: 276 Motion to Sell Property Free and Clear of Liens Filed on behalf of Rock Well Petroleum, Inc. by Brent R. Cohen. (Cohen, Brent) Modified on 6/16/2009 (dcke). |
| 06/16/2009 | 352 | Corrected Motion *for Order Authorizing Auction Procedures for the Sale of Roadheaders* (related document(s): 276 Motion to Sell Property Free and Clear of Liens). Filed on behalf of Rock Well Petroleum, Inc. by Brent R. Cohen. (Cohen, Brent) Modified on 6/16/2009 (dcke). |
| 06/16/2009 | 353 | Corrected Motion *for Order Authorizing Employment of NDCO as Equipment Broker Pursuant to 11 U.S.C. Section 327(a) of the Bankruptcy Code* (related document(s): 276 Motion to Sell Property Free and Clear of Liens). Filed on behalf of Rock Well Petroleum, Inc. by Brent R. Cohen. (Cohen, Brent) Modified on 6/16/2009 (dcke). |
| 06/16/2009 | 354 | Response to (related document(s): 209 Omnibus Motion For Sale of Property under Section 363(b) *(A) Authorizing Sale of Assets Free and Clear of Liens, Claims, and Interests; (B) Authorizing the Debtor to Employ Ritchie Bros. Auctioneers (America), Inc., as Auctioneers; and (C) Approving filed by Debtor Rock Well Petroleum, Inc., 210 Notice Pursuant to LBR 2002-1 filed by Debtor Rock Well Petroleum, Inc., 216 Motion For Sale of Property under Section 363(b) of Certain Oil and Gas Leases to North Finn, LLC filed by Debtor Rock Well Petroleum, Inc., 350 Brief filed by Debtor Rock Well Petroleum, Inc.)* Filed by Powder River Energy Corporation (Belcher, James) |
| 06/17/2009 | 355 | Order Granting Admission of James T. Burhardt Pro Hac Vice as Cousel for John H. Hoak and Rbert P. Ferri (Related Doc # 348 ) (jam) |
| 06/17/2009 | 356 | Order Granting Motion Admission of Scott R. Bauer Pro Hac Vice as Counsel for John H. Hoak and Robert P. Ferri (Related Doc # 349 ) (klw) |
| 06/17/2009 | 357 | Minutes of Hearing Held (related document(s): 216 Motion for Sale of Property under Section 363(b)). (jww) |
| 06/17/2009 | 358 | Minutes of Hearing Held (related document(s): 197 Generic Motion). (jww) |

| 06/17/2009 | 359 | Exhibits From Hearing Held (related document(s): 197 Generic Motion). Filed by Rock Well Petroleum, Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 7# 4 Exhibit 8# 5 Exhibit 9) (jww) (Entered: 06/18/2009) |
|---|---|---|
| 06/17/2009 | 360 | Exhibits From Hearing Held (related document(s): 197 Generic Motion). Filed by Ernst & Young, Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (jww) (Entered: 06/18/2009) |
| 06/18/2009 | 361 | Order Denying Motion For Relief From Stay for Atlas Copco Customer Finance USA, LLC (Related Doc # 246 ) (klw) |
| 06/19/2009 | 362 | Order Granting Debtors' Motion for Order Approving Adequate Protection Agreement. (Related Doc # 270 ) (scs) |
| 06/19/2009 | 363 | Proposed Order *Granting Motion to Set Exclusivity Period for the Filing of a Plan of Reorganization* (related document(s): 197 Generic Motion). Filed by Rock Well Petroleum, Inc. (Cohen, Brent) |
| 06/19/2009 | 364 | Proposed Order *Granting Motion for Order Authorizing Sale of Certain Oil and Gas Leases to North Finn, LLC* (related document(s): 216 Motion for Sale of Property under Section 363 (b)). Filed by Rock Well Petroleum, Inc. (Cohen, Brent) |
| 06/19/2009 | 365 | Proposed Order *on Objection of Creditors John H. Hoak and Robert P. Ferri to Debtors' Motion Requesting Emergency Hearing on Motion for Order Approving Auction Procedures for Sale of Assets and Creditors' Motion to Vacate Hearing* (related document(s): 314 Motion to Vacate). Filed by Rock Well Petroleum, Inc. (Cohen, Brent) |
| 06/19/2009 | 366 | BNC Certificate of Mailing - PDF Document. (related document (s): 355 Order on Motion to Appear pro hac vice). No. of Notices: 4. Service Date 06/19/2009. (Admin.) |
| 06/19/2009 | 367 | BNC Certificate of Mailing - PDF Document. (related document (s): 356 Order on Motion to Appear pro hac vice). No. of Notices: 1. Service Date 06/19/2009. (Admin.) |
| 06/20/2009 | 368 | BNC Certificate of Mailing - PDF Document. (related document (s): 361 Order on Motion For Relief From Stay). No. of Notices: 1. Service Date 06/20/2009. (Admin.) |
| | | BNC Certificate of Mailing - PDF Document. (related document (s): 362 Order on Generic Motion). No. of Notices: 85. Service |

66

| 06/21/2009 | 369 | Date 06/21/2009. (Admin.) |
|---|---|---|
| 06/22/2009 | 370 | Order on Objection of Creditiors John H. Hoak and Robert P. Ferri to Debtors' Motion Requesting Emergency Hearing on Motion for Order Approving Auction Procedures for Sale fo Assets and Creditors' Motion to Vacate Hearing. (Related Doc # 314 ) (klw) |
| 06/23/2009 | 371 | Order Granting Motion For Sale of Property under Section 363(b) (Related Doc # 216 ) (jam) |
| 06/23/2009 | 372 | Order Granting Motion (Related Doc # 197 ) (klw) |
| 06/24/2009 | 373 | Order Scheduling Evidentiary Hearing (related document(s): 347 Motion to Alter or Amend Court's Order. Hearing scheduled for 7/29/2009 at 09:00 AM at 2120 Capitol Avenue, Bankruptcy Courtroom, 8th Floor, Cheyenne, WY 82001. (pfm) |
| 06/24/2009 | 374 | Notice re:*Submission of Amended Schedule E* (related document (s): 312 Notice). Filed by Ernst & Young, Inc. (Attachments: # 1 Exhibit Amended Schedule E) (Christensen, Craig) |
| 06/24/2009 | 375 | Certificate of Service *re Submission of Amended Schedule E* (related document(s): 374 Notice). Filed by Ernst & Young, Inc. (Christensen, Craig) |
| 06/24/2009 | 376 | Amended Schedules/Form 1 filed: Schedule E,. Fee Amount $26. Filed by Ernst & Young, Inc. (Attachments: # 1 Exhibit Amended Schedule E) (Christensen, Craig) |
| 06/24/2009 | 377 | Receipt of Amended Schedules/Form 1(08-20802) [misc,amdsch] ( 26.00) Filing Fee. Receipt number 813786. Fee amount 26.00. (U.S. Treasury) |
| 06/24/2009 | 378 | BNC Certificate of Mailing - PDF Document. (related document (s): 370 Order on Motion to Vacate). No. of Notices: 5. Service Date 06/24/2009. (Admin.) |
| 06/25/2009 | 379 | Proposed Order *Granting Corrected Motion for Order Authorizing Sale of Roadheaders Free and Clear of Liens, Claims, and Interests Pursuant to 11 U.S.C. Sections 363(b), (f) and (m) of the Bankruptcy Code* (related document(s): 351 Motion for Sale of Property under Section 363(b)). Filed by Rock Well Petroleum, Inc. (Caby, Chad) |
| | | BNC Certificate of Mailing - PDF Document. (related document (s): 371 Order on Motion for Sale of Property under Section 363 |

| 06/25/2009 | 380 | (b)). No. of Notices: 3. Service Date 06/25/2009. (Admin.) |
| 06/25/2009 | 381 | BNC Certificate of Mailing - PDF Document. (related document (s): 372 Order on Generic Motion). No. of Notices: 593. Service Date 06/25/2009. (Admin.) |
| 06/26/2009 | 382 | First Application for Compensation for Rothgerber Johnson & Lyons LLP, Debtor's Attorney, Period: 2/27/2009 to 5/31/2009, Fee: $124,320.60, Expenses: $14,583.23.. Filed on behalf of Rothgerber Johnson & Lyons LLP. LBR 2002 Objection Deadline: 7/20/2009. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Proposed/Unsigned Order) (Caby, Chad) |
| 06/26/2009 | 383 | Certificate of Service *of Cover Sheet, First Interim Application and 2002-1 Notice* (related document(s): 382 Application for Compensation). Filed by Rothgerber Johnson & Lyons LLP (Caby, Chad) |
| 06/26/2009 | 384 | Notice Pursuant to LBR 2002-1 Re: *First Interim Application of Rothgerber Johnson & Lyons LLP as Counsel for the Debtors for Allowance of Compensation and Reimbursement of Expenses* (related document(s): 382 Application for Compensation). Filed by Rothgerber Johnson & Lyons LLP Objections due by 7/20/2009. (Caby, Chad) |
| 06/26/2009 | 385 | Certificate of Service *of Cover Sheet for First Interim Fee Application and 2002-1 Notice* (related document(s): 384 Notice Pursuant to LBR 2002-1). Filed by Rothgerber Johnson & Lyons LLP (Caby, Chad) |
| 06/27/2009 | 386 | BNC Certificate of Mailing - PDF Document. (related document (s): 373 Order Scheduling Hearing). No. of Notices: 4. Service Date 06/27/2009. (Admin.) |
| 07/01/2009 | 387 | Order Granting Corrected Motion For Order Authorizing Sale Of Roadheaders Free And Clear Of Liens, Claims And Interests Pursuant To 11 U.S.C. $$ 363(b), (f), And (m) Of The Bankruptcy Code. (Related Doc # 351 ) (kae) |
| 07/01/2009 | 388 | Motion *for Clarification or in the Alternative for Relief from Preliminary Injunction Order*. Filed on behalf of Schlumberger Technology Corporation by Scott P. Klosterman. (Attachments: # 1 Proposed/Unsigned Order) (Klosterman, Scott) |
| | | Motion to Withdraw as Attorney. Filed on behalf of Tom Johannesmeyer, Mindy Sytsma, Monte Raymond Asay by |

| 07/02/2009 | 389 | Brooke M. Barney, Newton "Rusty" S. Ludwig. (Attachments: # 1 Proposed Unsigned Order) (klw) |
|---|---|---|
| 07/03/2009 | 390 | BNC Certificate of Mailing - PDF Document. (related document (s): 387 Order on Motion for Sale of Property under Section 363 (b)). No. of Notices: 8. Service Date 07/03/2009. (Admin.) |
| 07/07/2009 | 391 | Order Granting Corrected Motion for Order Authorizing the Debtor to Employ NDCO as Equipment Broker Pursuant to 11 U.S.C. 327(a) of the Bankruptcy Code (Related Doc # 353 ) (klw) |
| 07/07/2009 | 392 | Order Granting Unopposed Motion To Withdraw As Counsel (Related Doc # 389 ) (klw) |
| 07/07/2009 | 393 | ***DISREGARD***Proposed Order *Granting Corrected Motion for Order Authorizing Auction Procedures for the Sale of Roadheaders* (related document(s): 352 Generic Motion). Filed by Rock Well Petroleum, Inc. (Cohen, Brent) Modified on 7/7/2009 (dcss). |
| 07/08/2009 | 394 | Proposed Order *Granting Corrected Motion for Order Authorizing Auction Procedures for the Sale of Roadheaders* (related document(s): 352 Generic Motion). Filed by Rock Well Petroleum, Inc. (Cohen, Brent) |
| 07/09/2009 | 395 | Order Granting Motion For Order Authorizing Sale Of Underground Haul Trucks.(Related Doc # 323 ) (kae) |
| 07/09/2009 | 396 | Order Granting Motion For Order Authorizing Sale Of DMM MECCA Service Tool And Accessories. (Related Doc # 338 ) (kae) |
| 07/09/2009 | 397 | Order Granting Corrected Motion For Order Authorizing Auction Procedures For The Sale Of Roadheaders. (Related Doc # 352 ) (kae) |
| 07/09/2009 | 398 | BNC Certificate of Mailing - PDF Document. (related document (s): 391 Order on Generic Motion). No. of Notices: 34. Service Date 07/09/2009. (Admin.) |
| 07/09/2009 | 399 | BNC Certificate of Mailing - PDF Document. (related document (s): 392 Order on Motion to Withdraw as Attorney). No. of Notices: 2. Service Date 07/09/2009. (Admin.) |
| | | Objection to (related document(s): 388 Motion *for Clarification or in the Alternative for Relief from Preliminary Injunction Order* filed by Creditor Schlumberger Technology Corporation) Filed |

69

| 07/10/2009 | 400 | by Rock Well Petroleum, Inc. (Cohen, Brent) |
|---|---|---|
| 07/11/2009 | 401 | BNC Certificate of Mailing - PDF Document. (related document (s): 395 Order on Motion for Sale of Property under Section 363 (b)). No. of Notices: 85. Service Date 07/11/2009. (Admin.) |
| 07/11/2009 | 402 | BNC Certificate of Mailing - PDF Document. (related document (s): 396 Order on Motion for Sale of Property under Section 363 (b)). No. of Notices: 94. Service Date 07/11/2009. (Admin.) |
| 07/11/2009 | 403 | BNC Certificate of Mailing - PDF Document. (related document (s): 397 Order on Generic Motion). No. of Notices: 15. Service Date 07/11/2009. (Admin.) |
| 07/15/2009 | 404 | Order Scheduling Hearing (related document(s): 388 Motion Seeking Clarification or in the Alternative Motion for Relief from Preliminary Injunction Order ). Hearing scheduled for 8/6/2009 at 09:30 AM by Telephone Conference. (pfm) |
| 07/17/2009 | 405 | BNC Certificate of Mailing - PDF Document. (related document (s): 404 Order Scheduling Hearing). No. of Notices: 3. Service Date 07/17/2009. (Admin.) |
| 07/20/2009 | 406 | Motion to Vacate *July 29, 2009 Evidentiary Hearing Regarding Debtors' Motion to Alter or Amend Court's Order Vacating June 17, 2009 Evidentiary Hearing* (related document(s): 373 Order Scheduling Hearing). Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 07/21/2009 | 407 | Order Granting Motion To Vacate July 29, 2009 Evidentiary Hearing Regarding Debtors' Motion To Alter Or Amend Court's Order Vacating June 17, 2009 Evidentiary Hearing. (Related Doc # 406 ) (kae) |
| 07/23/2009 | 408 | BNC Certificate of Mailing - PDF Document. (related document (s): 407 Order on Motion to Vacate). No. of Notices: 3. Service Date 07/23/2009. (Admin.) |
| 07/27/2009 | 409 | Order Granting Application For Compensation (Related Doc # 382 ) for Rothgerber Johnson & Lyons LLP, Fee awarded: $124320.60, Expenses awarded:$14583.23 (scs) |
| 07/29/2009 | 410 | BNC Certificate of Mailing - PDF Document. (related document (s): 409 Order on Application for Compensation). No. of Notices: 3. Service Date 07/29/2009. (Admin.) |
| | | |

| 08/04/2009 | 411 | Motion *to Adopt Claim Objection Procedures and Notice of Time to Object*. Last day to file objections 9/7/09. Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) Modified on 8/4/2009 (dcss). |
| 08/04/2009 | 412 | Notice re:*Debtors' Motion to Adopt Claim Objection Procedures and Notice of Time to Object* Last day to file objections 9/7/09. (related document(s): 411 Generic Motion). Filed by Rock Well Petroleum, Inc. (Caby, Chad) Modified on 8/4/2009 (dcss). |
| 08/06/2009 | 413 | Minutes of Hearing Held (related document(s): 388 Generic Motion). (jww) |
| 08/06/2009 | 414 | Motion For Sale of Property under Section 363(b) *for Expedited Order Authorizing Sale of Certain Equipment*. Last day to file objections 8/17/09. Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) Modified on 8/7/2009 to add ldfo. (dcss). |
| 08/06/2009 | 415 | Notice re:*Motion for Expedited Order Authorizing Sale of Certain Equipment* (related document(s): 414 Motion for Sale of Property under Section 363(b)). Filed by Rock Well Petroleum, Inc. (Caby, Chad) |
| 08/06/2009 | 416 | Motion *to Shorten Notice on Motion for Expedited Order Authorizing Sale of Certain Equipment* (related document(s): 414 Motion for Sale of Property under Section 363(b), 415 Notice). Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 08/07/2009 | 417 | Motion *for Authority to Use Certain Proceeds from Asset Sales for Business Operations*. Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 08/07/2009 | 418 | Notice Pursuant to LBR 2002-1 Re: *Debtors' Motion for Authority to Use Certain Proceeds from Asset Sales for Business Operations and Notice of Hearing* (related document(s): 417 Generic Motion). Filed by Rock Well Petroleum, Inc. Objections due by 8/20/2009. (Caby, Chad) |
| 08/07/2009 | 419 | Order Granting Debtors' Motion to Shorten Notice On Motion For Expedited Order Authorizing Sale Of Certain Equipment. (Related Doc # 416 ) (scs) |
| | | BNC Certificate of Mailing - PDF Document. (related document |

| 08/09/2009 | 420 | (s): 419 Order on Generic Motion). No. of Notices: 1. Service Date 08/09/2009. (Admin.) |
| --- | --- | --- |
| 08/10/2009 | 421 | Certificate of Service *Regarding Order Granting Debtors' Motion to Shorten Notice on Motion for Expedited Order Authorizing Sale of Certain Equipment* (related document(s): 416 Generic Motion). Filed by Rock Well Petroleum, Inc. (Caby, Chad) |
| 08/11/2009 | 422 | Proposed Order *Order on Motion Seeking Clarification* (related document(s): 388 Generic Motion). Filed by Schlumberger Technology Corporation (Klosterman, Scott) |
| 08/12/2009 | 423 | Order Regarding Compliance With Rules re: (related document (s): 422 Proposed Order). Compliance due by 8/28/2009. (jam) |
| 08/12/2009 | 424 | Proposed Order *Order on Motion Seeking Clarification* (related document(s): 388 Generic Motion). Filed by Schlumberger Technology Corporation (Klosterman, Scott) |
| 08/13/2009 | 425 | Order On Motion Seeking Clarification. (Related Doc # 388 ) (kae) |
| 08/14/2009 | 426 | BNC Certificate of Mailing - PDF Document. (related document (s): 423 Order Regarding Compliance With Rules). No. of Notices: 2. Service Date 08/14/2009. (Admin.) |
| 08/15/2009 | 427 | BNC Certificate of Mailing - PDF Document. (related document (s): 425 Order on Generic Motion). No. of Notices: 2. Service Date 08/15/2009. (Admin.) |
| 08/17/2009 | 428 | Motion *for Approval of Settlement Agreement With Gemini Explorations, Inc.* Filed on behalf of Rock Well Petroleum, Inc. by Brent R. Cohen. (Attachments: # 1 Exhibit A - Agreement# 2 Proposed/Unsigned Order) (Cohen, Brent) |
| 08/17/2009 | 429 | Notice Pursuant to LBR 2002-1 Re: *Motion for Approval of Settlement Agreement With Gemini Explorations, Inc.* (related document(s): 428 Generic Motion). Filed by Rock Well Petroleum, Inc. Objections due by 9/10/2009. (Cohen, Brent) |
| 08/18/2009 | 430 | Order Granting Motion For Expedited Order Authorizing Sale of Certain Equipment. (Related Doc # 414 ) (jam) |
| 08/19/2009 | 431 | Motion *for Order Approving Mutual Release Agreement.* Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Exhibit A - Mutual Release Agreement# 2 Proposed/Unsigned Order) (Caby, Chad) |

| 08/19/2009 | 432 | Notice Pursuant to LBR 2002-1 Re: *Debtors' Motion for Order Approving Mutual Release Agreement* (related document(s): 431 Generic Motion). Filed by Rock Well Petroleum, Inc. Objections due by 9/1/2009. (Caby, Chad) |
| 08/19/2009 | 433 | Notice of Change of Address. Filed by Larry Orrell. (kae) |
| 08/20/2009 | 434 | Objection to (related document(s): 417 Generic Motion). Filed by Powder River Energy Corporation (Belcher, James) |
| 08/20/2009 | 435 | Joinder in (related document(s): 417 Generic Motion, 434 Objection to) (related document(s): 417 Generic Motion, 434 Objection to). Filed by Atlas Copco Customer Finance USA, LLC (Dyekman, Gregory) |
| 08/20/2009 | 436 | BNC Certificate of Mailing - PDF Document. (related document (s): 430 Order on Motion for Sale of Property under Section 363 (b)). No. of Notices: 4. Service Date 08/20/2009. (Admin.) |
| 08/21/2009 | 437 | Notice re:*Intent to Appear and Present Evidence by Video Transmission at Hearing Scheduled for August 25, 2009* (related document(s): 417 Generic Motion). Filed by Rock Well Petroleum, Inc. (Cohen, Brent) |
| 08/24/2009 | 438 | Withdrawal of Claim(s): 42 Filed by Sandvik Customer Finance, LLC (scs) |
| 08/24/2009 | 439 | Creditor Request for Notice . (scs) |
| 08/24/2009 | 440 | Motion to Dismiss Case *Chapter 15 Cases.* Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Proposed/Unsigned Order) (Caby, Chad) |
| 08/24/2009 | 441 | Notice Pursuant to LBR 2002-1 Re: *Debtors' Motion to Dismiss Chapter 15 Cases and Notice of Hearing Regarding Debtors' Motion to Dismiss Chapter 15 Cases* (related document(s): 440 Motion to Dismiss Case). Filed by Rock Well Petroleum, Inc. Objections due by 9/16/2009. (Caby, Chad) |
| 08/25/2009 | 442 | Notice re:*Submission of Monitor's Sixth Report Dated August 19, 2009.* Filed by Rock Well Petroleum, Inc. (Caby, Chad) Modified on 8/25/2009 to adjust text.(dcss). |
| 08/25/2009 | 443 | Minutes of Hearing Held (related document(s): 417 Generic Motion). (jww) |

| 08/25/2009 | 444 | Exhibits From Hearing Held (related document(s): 417 Generic Motion). Filed by Rock Well Petroleum, Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (jww) |
|---|---|---|
| 08/26/2009 | 445 | Motion *for Order Approving Mutual Release Agreement*. Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 08/26/2009 | 446 | Notice Pursuant to LBR 2002-1 Re: *Debtors' Motion for Order Approving Mutual Release Agreement* (related document(s): 445 Generic Motion). Filed by Rock Well Petroleum, Inc. Objections due by 9/15/2009. (Caby, Chad) |
| 08/27/2009 | 447 | Proposed Order *Granting Debtors' Motion for Authority to Use Certain Proceeds from Asset Sale for Business Operations* (related document(s): 417 Generic Motion, 443 Minutes of Proceedings). Filed by Rock Well Petroleum, Inc. (Cohen, Brent) |
| 08/28/2009 | 448 | Order Granting Debtors' Motion for Authority to Use Certain Proceeds From Asset Sale For Business Operations. (Related Doc # 417 ) (klw) |
| 08/28/2009 | 449 | Motion For Sale of Property under Section 363(b) , *(f) and (m) of the Bankruptcy Code and for Authority to Pay Real Estate Commission*. Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 08/28/2009 | 450 | Notice Pursuant to LBR 2002-1 Re: *Motion for Order Authorizing Sale of Asset Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. Sections 363(b), (f) and (m) of the Bankruptcy Code, and for Authority to Pay Real Estate Commission* (related document(s): 449 Motion for Sale of Property under Section 363(b)). Filed by Rock Well Petroleum, Inc. Objections due by 9/21/2009. (Caby, Chad) |
| 08/30/2009 | 451 | BNC Certificate of Mailing - PDF Document. (related document (s): 448 Order on Generic Motion). No. of Notices: 608. Service Date 08/30/2009. (Admin.) |
| 08/31/2009 | 452 | Application to Employ Grubb & Ellis / Wyoming as Commercial Real Estate Brokers for Debtors . Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| | | Notice of Appearance and Request for Notice by Brooke M. Barney. Filed by on behalf of Former Employees of Rockwell |

74

| 09/01/2009 | 453 | Petroleum (U.S.) Inc. (jam) |
|---|---|---|
| 09/01/2009 | 454 | Notice of Change of Address for Brooke M. Barney. (klw) |
| 09/01/2009 | 455 | Joinder in (related document(s): 440 Motion to Dismiss Case) (related document(s): 440 Motion to Dismiss Case). Filed by First Federal Savings Bank, First Interstate Bank of Sheridan (McMullen, Lori) |
| 09/08/2009 | 456 | Objection to Motion to Adopt and Refer Claims to Canadian Court for Resolution (related document(s): 411 Generic Motion, 412 Notice). Filed by Sheridan County YMCA (jam) |
| 09/09/2009 | 457 | Order Approving Debtors' Motion For Order Approving Mutual Release Agreement.(Related Doc # 431 ) (kae) |
| 09/09/2009 | 458 | Certificate of Service *of Ernst & Young Letter and Exhibits 1-4 dated September 8, 2009*. Filed by Ernst & Young, Inc. (Smiley, John) |
| 09/10/2009 | 459 | Order Scheduling Evidentiary Hearing (related document(s): 411 Motion to Adopt Calims Procedures). Hearing scheduled for 9/29/2009 at 08:30 AM at 2120 Capitol Avenue, Bankruptcy Courtroom, 8th Floor, Cheyenne, WY 82001. (pfm) |
| 09/11/2009 | 460 | Joint Motion to Extend Time *to File Objections to Debtors' Motion to Dismiss* (related document(s): 440 Motion to Dismiss Case). Filed on behalf of Department of the Interior by Carol A. Statkus. (Attachments: # 1 Proposed/Unsigned Order) (Statkus, Carol) |
| 09/11/2009 | 461 | Notice of Appearance and Request for Notice by Carol A. Statkus. Filed by on behalf of Department of the Interior (Statkus, Carol) |
| 09/11/2009 | 462 | BNC Certificate of Mailing - PDF Document. (related document (s): 457 Order on Generic Motion). No. of Notices: 72. Service Date 09/11/2009. (Admin.) |
| 09/12/2009 | 463 | BNC Certificate of Mailing - PDF Document. (related document (s): 459 Order Scheduling Hearing). No. of Notices: 4. Service Date 09/12/2009. (Admin.) |
| 09/14/2009 | 464 | Order Granting Application to Employ Grubb & Ellis/ Wyoming as Commercial Real Estate Brokers for Debtors. (Related Doc # 452 ) (jam) |

75

| 09/14/2009 | 465 | Proposed Order (related document(s): 460 Motion to Extend Time). Filed by Department of the Interior (Statkus, Carol) |
| 09/14/2009 | 466 | Stipulated Order Extending Deadline For United States Of America To File Objections To Debtors' Motion To Dismiss. Objections due by Sept. 21, 2009.(Related Doc # 460 ) (kae) |
| 09/15/2009 | 467 | Notice of Appearance and Request for Notice *Entry of Appearance of Seth B. Shapiro* by Seth B Shapiro. Filed by on behalf of Department of the Interior (Shapiro, Seth) |
| 09/15/2009 | 468 | Order Granting Motion for Approval of Settlement Agreement with Gemini Explorations, Inc. (Related Doc # 428 ) (scs) |
| 09/15/2009 | 469 | Joinder in *Debtors' Motion to Dismiss Chapter 15 Cases* (related document(s): 440 Motion to Dismiss Case) (related document(s): 440 Motion to Dismiss Case). Filed by Ernst & Young, Inc. (Smiley, John) |
| 09/15/2009 | 470 | Objection to *Motion to Dismiss* (related document(s): 440 Motion to Dismiss Case). Filed by Automation & Electronics, Inc. (Winship, Stephen) |
| 09/16/2009 | | Objection/Response Deadline Updated. Objections due by 9/21/2009 re: 466 Stipulated Order Extending Deadline For United States Of America, Dept. of Interior. To File Objections To Debtors' Motion To Dismiss. (kae) Modified on 9/16/2009 (dcke). |
| 09/16/2009 | 471 | Objection to Debtor's Motion To Dismiss Chapter 15 Case. (related document(s): 440 Motion to Dismiss Case). Filed by Sheridan County YMCA. (kae) |
| 09/16/2009 | 472 | Objection to (related document(s): 440 Motion to Dismiss Case, 441 Notice Pursuant to LBR 2002-1). Filed by Powder River Energy Corporation (Belcher, James) |
| 09/16/2009 | 473 | Order Approving Debtors' Motion For Order Approving Mutual Release Agreement.(Related Doc # 445 ) (kae) |
| 09/16/2009 | 474 | Objection to (related document(s): 440 Motion to Dismiss Case *Chapter 15 Cases* filed by Debtor Rock Well Petroleum, Inc.) Filed by Houston Merchant Energy Advisory Partners LLC (Attachments: # 1 Exhibit A) (Macy, Mark) |
| | | BNC Certificate of Mailing - PDF Document. (related document (s): 464 Order on Application to Employ). No. of Notices: 5. |

  
| 09/16/2009 | 475 | Service Date 09/16/2009. (Admin.) |
|---|---|---|
| 09/16/2009 | 476 | BNC Certificate of Mailing - PDF Document. (related document (s): 466 Order on Motion to Extend Time). No. of Notices: 6. Service Date 09/16/2009. (Admin.) |
| 09/17/2009 | 477 | Motion to Dismiss/Withdraw Document (related document(s): 449 Motion for Sale of Property under Section 363(b)). Filed on behalf of Rock Well Petroleum, Inc. by Brent R. Cohen. (Attachments: # 1 Proposed/Unsigned Order) (Cohen, Brent) |
| 09/17/2009 | 478 | BNC Certificate of Mailing - PDF Document. (related document (s): 468 Order on Generic Motion). No. of Notices: 611. Service Date 09/17/2009. (Admin.) |
| 09/18/2009 | 479 | Request to Appear Via Telephone. (related document(s): 459 Order Scheduling Hearing). Filed on behalf of Sheridan County YMCA by Dennis M. Kirven . (Attachments: # 1 Proposed/Unsigned Order) (scs) |
| 09/18/2009 | 480 | Motion For Sale of Property under Section 363(b) *(f) and (m) of the Bankruptcy Code and for Authority to Pay Real Estate Commission.* Filed on behalf of Rock Well Petroleum, Inc. by Brent R. Cohen. (Attachments: # 1 Proposed/Unsigned Order) (Cohen, Brent) |
| 09/18/2009 | 481 | Notice Pursuant to LBR 2002-1 Re: *Motion for Sale of Property under Section 363(b) (f) and (m) of the Bankruptcy Code and for Authority to Pay Real Estate Commission* (related document(s): 480 Motion for Sale of Property under Section 363(b)). Filed by Rock Well Petroleum, Inc. Objections due by 10/12/2009. (Cohen, Brent) |
| 09/18/2009 | 482 | Order Authorizing Withdrawal of Motion (Related Doc # 477 ) (klw) |
| 09/18/2009 | 483 | BNC Certificate of Mailing - PDF Document. (related document (s): 473 Order on Generic Motion). No. of Notices: 7. Service Date 09/18/2009. (Admin.) |
| 09/20/2009 | 484 | BNC Certificate of Mailing - PDF Document. (related document (s): 482 Order on Application to Dismiss/Withdraw Document). No. of Notices: 3. Service Date 09/20/2009. (Admin.) (Entered: 09/21/2009) |
| | | Order Rescheduling Evidentiary Hearings (related document(s): 411 Motion to Adopt Claim Objection Procedure, 440 Motion to |

| | | |
|---|---|---|
| 09/21/2009 | 485 | Dismiss Case). Hearings rescheduled for 9/29/2009 at 08:30 AM by Video Conference. (pfm) |
| 09/21/2009 | 486 | Order Denying Request to Appear via Telephone. (Related Doc # 479 ) (klw) |
| 09/21/2009 | 487 | Motion *to Appear by Telephone or Video Conference* (related document(s): 485 Order Scheduling Hearing). Filed on behalf of Automation & Electronics, Inc. by Stephen R. Winship. (Attachments: # 1 Proposed/Unsigned Order) (Winship, Stephen) |
| 09/23/2009 | 488 | Motion *for Conditional Withdrawal of Debtors' Motion to Adopt Claim Objection Procedures* (related document(s): 411 Generic Motion). Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 09/23/2009 | 489 | Motion *for Conditional Withdrawal of Motion for Order Authorizing Sale of Asset Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. Section 363(b), (f), and (m) of the Bankruptcy Code and for Authority to Pay Real Estate Commission* (related document(s): 480 Motion for Sale of Property under Section 363(b)). Filed on behalf of Rock Well Petroleum, Inc. by Chad S. Caby. (Attachments: # 1 Proposed/Unsigned Order) (Caby, Chad) |
| 09/23/2009 | 490 | BNC Certificate of Mailing - PDF Document. (related document (s): 485 Order Scheduling Hearing). No. of Notices: 3. Service Date 09/23/2009. (Admin.) |
| 09/23/2009 | 491 | BNC Certificate of Mailing - PDF Document. (related document (s): 486 Order on Generic Motion). No. of Notices: 2. Service Date 09/23/2009. (Admin.) |
| 09/24/2009 | 492 | Application for Compensation *and Reimbursement of Expenses* for John C. Smiley, Attorney, Period: 1/28/2009 to 8/31/2009, Fee: $79,344.00, Expenses: $4,025.10.. Filed on behalf of John C. Smiley. LBR 2002 Objection Deadline: 10/19/2009. (Attachments: # 1 Exhibit A - C# 2 Exhibit D# 3 Cover Sheet# 4 Proposed/Unsigned Order Approving Application of Lindquist & Vennum P.L.L.P. for Allowance of Compensation and Reimbursement of Expenses) (Smiley, John) |
| 09/24/2009 | 493 | Notice Pursuant to LBR 2002-1 Re: *Application of Lindquist & Vennum P.L.L.P. for Allowance of Compensation and Reimbursement of Expenses* (related document(s): 492 Application for Compensation). Filed by Ernst & Young, Inc. Objections due by 10/19/2009. (Smiley, John) |

| | | |
|---|---|---|
| 09/24/2009 | 494 | ***DISREGARD*** Motion to Appear pro hac vice for William Vincent Walker. . Filed on behalf of Houston Merchant Energy Advisory Partners LLC by Mark E. Macy. (Attachments: # 1 Proposed/Unsigned Order) (Macy, Mark) Modified on 9/25/2009 not all documents filed. (dcjm). |
| 09/25/2009 | 495 | Motion to Appear pro hac vice for William Vincent Walker. . Filed on behalf of Houston Merchant Energy Advisory Partners LLC by Mark E. Macy. (Attachments: # 1 Affidavit # 2 Proposed/Unsigned Order) (Macy, Mark) |
| 09/25/2009 | 496 | Withdrawal of *Automation & Electronics, Inc.'s Objection to Dismissal of Chapter 15 Case* (related document(s): 470 Objection to). Filed by Automation & Electronics, Inc. (Winship, Stephen) |
| 09/25/2009 | 497 | Order Granting Motion To Appear pro hac vice for William Vincent Walker (Related Doc # 495 ) (scs) |
| 09/25/2009 | 498 | Exhibit *and Witness List In Support of Opposition To* (related document(s): 440 Motion to Dismiss Case). Filed by Houston Merchant Energy Advisory Partners LLC (Macy, Mark) |
| 09/25/2009 | 499 | Exhibit *and Witness List for Hearing on Debtors' Motion to Dismiss Chapter 15 Cases* (related document(s): 440 Motion to Dismiss Case). Filed by Rock Well Petroleum, Inc. (Caby, Chad) |
| 09/27/2009 | 500 | BNC Certificate of Mailing - PDF Document. (related document (s): 497 Order on Motion to Appear pro hac vice). No. of Notices: 4. Service Date 09/27/2009. (Admin.) |
| 09/28/2009 | 501 | Notice re:*Filing Monitor's Report (Seventh Report)*. Filed by Ernst & Young, Inc. (Attachments: # 1 Exhibit - Seventh Report of the Monitor) (Smiley, John) |
| 09/28/2009 | 502 | Withdrawal Of Objection To Debtor's Motion To Dismiss Chapter 15 Case. (related document(s): 440 Motion to Dismiss Case, 471 Objection to). Filed by Sheridan County YMCA. (Attachments: # 1 Proposed/Unsigned Order) (kae) |
| 09/29/2009 | 503 | Exhibits From Hearing Held (related document(s): 440 Motion to Dismiss Case. Filed by Houston Merchant Energy Advisory Partners LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B). (kae) |
| | | Exhibits From Hearing Held (related document(s): 440 Motion to Dismiss Case. Filed by Rock Well Petroleum, Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 8# |

79

| | | |
|---|---|---|
| 09/29/2009 | 504 | 6 Exhibit 12# 7 Exhibit 13). (kae) |
| 09/29/2009 | 507 | Minutes of Hearing Held: Order (related document(s): 411 Generic Motion). (jww) (Entered: 09/30/2009) |
| 09/29/2009 | 508 | Minutes of Hearing Held (related document(s): 440 Motion to Dismiss Case). (jww) (Entered: 09/30/2009) |
| 09/30/2009 | 505 | Order Granting Motion to Dismiss Chapter 15 Cases. (Related Doc # 440 ) (jam) |
| 09/30/2009 | 506 | Motion to Dismiss/Withdraw Document *Application of Lindquist & Vennum P.L.L.P. for Allowance of Compensation and Reimbursement of Expenses* (related document(s): 492 Application for Compensation). Filed on behalf of Ernst & Young, Inc. by John C. Smiley. (Attachments: # 1 Proposed/Unsigned Order Granting Motion to Withdraw Application of Lindquist & Vennum P.L.L.P. for Allowance of Compensation and Reimbursement of Expenses) (Smiley, John) |
| 10/01/2009 | 509 | Order Granting Motion To Withdraw Application Of Lindquist & Vennum P.L.L.P. For Allowance Of Compensation And Reimbursement Of Expenses. (Related Doc # 506 ) (kae) |
| 10/02/2009 | 510 | Transfer of Claim Transfer Agreement 3001 (e) 1 Transferor: Jims Water Service To Argo Partners Filed by Argo Partners (Gold, Matthew) |
| 10/02/2009 | | Request for Audio Recording of Hearing by Chad Caby (related document(s): 508 Minutes of Proceedings). (kae) |
| 10/02/2009 | | Receipt Number 59948, Fee Amount $26.00 Pd. (related document(s):Request for Audio Recording of Hearing). (kae) |
| 10/02/2009 | | Case name: Rock Well Petroleum, Receipt No. 00059948, in the amount of $26, for Transcript Request (dckw) |
| 10/02/2009 | 511 | BNC Certificate of Mailing - PDF Document. (related document (s): 505 Order on Motion to Dismiss Case). No. of Notices: 610. Service Date 10/02/2009. (Admin.) |
| 10/02/2009 | 512 | BNC Certificate of Mailing - PDF Document. (related document (s): 507 Minutes of Proceedings (Order)). No. of Notices: 1. Service Date 10/02/2009. (Admin.) |
| | | BNC Certificate of Mailing - PDF Document. (related document (s): 509 Order on Application to Dismiss/Withdraw Document). |

| 10/03/2009 | 513 | No. of Notices: 2. Service Date 10/03/2009. (Admin.) |
| 10/04/2009 | 514 | BNC Certificate of Mailing. (related document(s): 510 Transfer of Claim). No. of Notices: 1. Service Date 10/04/2009. (Admin.) |
| 10/09/2009 | 515 | Notice of Appeal to BAP . Fee Amount $255 (related document (s): 505 Order on Motion to Dismiss Case). Filed by Houston Merchant Energy Advisory Partners LLC Appellant Designation due by 10/19/2009.Transcript Due by 11/18/2009. (Macy, Mark) |

<table>
<tr><td colspan="4"><strong>PACER Service Center</strong></td></tr>
<tr><td colspan="4"><strong>Transaction Receipt</strong></td></tr>
<tr><td colspan="4">10/09/2009 14:33:58</td></tr>
<tr><td><strong>PACER Login:</strong></td><td>us3967</td><td><strong>Client Code:</strong></td><td></td></tr>
<tr><td><strong>Description:</strong></td><td>Docket Report</td><td><strong>Search Criteria:</strong></td><td>08-20802 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html</td></tr>
<tr><td><strong>Billable Pages:</strong></td><td>27</td><td><strong>Cost:</strong></td><td>2.16</td></tr>
</table>